# ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**AUG 0 1 2016**

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| C.P. PLASMA CENTER, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Filed: |
| | ) **1 : 16 - CV - 2795** |
| GRIFOLS INTERNATIONAL S.A, | ) Violations: |
| KEDRION S.p.A, OCTAPHARMA AG, | ) 15 U.S. Code § 1-7 |
| SHIRE Plc, CSL LIMITED, | ) |
| BIOTEST AG, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR VIOLATION OF THE SHERMAN ANTITRUST ACT

1.       Plaintiff C.P. Plasma Center, Inc., ("Plaintiff"), individually brings this action for civil and treble damages under the antitrust laws of the United States against Defendants. Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a jury trial as to all issues triable by a jury.

## NATURE OF THE CASE

2.       This action arises under the Sherman Trade Act. A federal anti-monopoly and anti-trust statute, passed in 1890 as 15 U.S.C. §§ 1-7 and amended by the Clayton Act in 1914 (15 U.S.C. § 12-27), which prohibits activities that restrict interstate commerce and competition in the marketplace.

## MONOPOLIZATION; MONOPOLY POWER

3.       Monopoly power exists in geographic market if one competitor has the power to raise prices to supra-competitive levels or has the power to exclude competition in the relevant market, either by restricting entry of new competitors or by driving existing competitors out of the market. *Sherman Anti-Trust Act, §§ 1, 2, 15 U.S.C.A. §§ 1, 2.*

## Civil Rights

4.     *Dred Scott v. Sandford* – "all men are created equal" Indeed, black slaves were
viewed as property, and the Constitution reflects this view. "The only two provisions which point
to them and include them, treat them as property, and make it the duty of the U.S. government to
protect it; no other power, in relation to this race, is to be found in the Constitution." The Civil
War rendered moot the question of congressional power over slavery. And in 1868 ratification of
the Fourteenth Amendment reversed the Court's declaration that blacks were not and could not
be citizens under the Constitution. The first section of the amendment declares that all persons
born or naturalized in the United States and subject to its jurisdiction are citizens of the United
States and the state in which they live. That same section prohibits states from making any law
abridging the privileges and immunities of citizens, depriving any person of life, liberty, or
property without due process of law, or denying to anyone equal protection of the law. It was
this set of guarantees, indirectly the legacy of Dred Scott, a slave who sought to be free, that
provide the basis for the modern revolution in civil rights.

## BACKGROUND

5.     African-American slaves have been used for medical experimentations for drugs
we use today in our healthcare system from their life contribution. In addition, African-
Americans blood and plasma have been denied and segregated; today our plasma donations at
("Defendants") plasma collections centers in the United States has become the fuel to an global
economic machine for foreign companies for which African-Americans are the number one (1)
plasma donors in the United States and reap no benefits; either social or economic business
opportunity. There is not one (1) African-American owned plasma collection center in the United
States. The U. S. plasma protein collection/fractionation industry is a multi-billion dollar
industry annually and maneuvers as a constricted oligopoly. The U. S. plasma protein
collection/fractionation industry is small, compared to the biotechnology and pharmaceutical
sectors, but it provides critical, life-saving, therapeutic proteins for the treatment of chronic and
acute, hereditary and acquired conditions. Indications for these proteins vary widely from their
historic use in the treatment of hemophilia and other rare protein deficiencies to use in treating
immunodeficiency, immunomodulation, and fluid resuscitation. The U. S. plasma protein

collection/fractionation industry has undergone dramatic change in the last decade.
Consolidation of the major companies ("Defendants") has led to a United States, European, and
Australian oligopoly.

6.     A manufacturer's unilateral refusal to deal may violate antitrust law prohibitions
against monopolization and attempts to monopolize when the unilateral refusal to deal is
accompanied by an intent to monopolize and the requisite degree of market power; monopolistic
or anticompetitive intent is the key factor in determining whether a violation has occurred.
*Sherman Anti-Trust Act, §2, 15 U.S.C.A. § 2. Ben Sheftall Distributing Co., Inc. v. Mirta de
Perales, Inc., 791 F.Supp. 1575*

7.     The production of plasma proteins for therapeutic use will continue its strong
global development. Despite advances in biotechnology, the plasma fractionation industry will
continue to deliver unique therapeutics essential for human health. The Latin term serum, for
what was first used to describe "a watery animal fluid" in 1665. The word first entered the
medical literature in the mid-nineteenth century to describe "the yellowish fluid of the blood that
separates from a blood clot after coagulation" while plasma, the raw material for fractionation,
was defined as the "liquid part of blood." Plasma, consists of the clear liquid portion of blood
characterized by non-specific concentrations of antibodies is used to manufacture many products
that treat a variety of medical indications. Antibodies are soluble components contained in
plasma, which are produced by the immune system to fight specific diseases. It is the remaining
component after removal of red cells, leukocyte, and platelets. Plasma is made up of water, salts,
proteins and antibodies (92% Water, 7% Proteins and 1% Salt). Plasma constitutes much of the
volume of blood (44% Red Blood Cells, 1% White Blood Cells and 55% Plasma). It is the
starting material for a wide range of lifesaving medicines. Plasma is used to produce over 20
medically essential products and has been an important commodity.  Plasma is collected by
plasmapheresis in FDA-licensed plasma collection facilities.  Plasmapheresis is a mechanical
process by which plasma is separated from donated whole blood, and the formed elements
(mostly erythrocytes) are returned to the donor.

8.     ("Defendants") CSL Limited, CSL Behring LLC, Kedrion S.p.A, Octapharma AG, Shire Plc, Biotest Pharmaceuticals Corp (collectively, "Defendants") collects plasma, manufacture, and sell Blood Plasma Proteins, The defendants owns all of their U. S. plasma collection centers and has eliminated any entrance into the industry instead of buying plasma from independent collectors. These companies now owns 499 U. S. plasma collection centers which has eliminated any entrance into this industry.

9.     The term "immunoglobulin" refers to the fraction of blood plasma that contains immunoglobulins, or antibodies. These immunoglobulins (Ig) in the serum or plasma are IgG, IgM, IgA, IgD and IgE. Ig is prepared from the plasma collected from a large number of normal individuals, who have been carefully screened to make sure they are healthy and do not harbor certain infectious diseases. The plasma contains a broad range of specific antibodies to many different types of bacteria and viruses. Each plasma donor must be acceptable as a blood donor according to the strict rules enforced by the American Association of Blood Banks and the U.S. Food and Drug Administration (FDA). Only the IgG is purified from the pooled plasma. To commercially prepare the Ig for patients with primary immunodeficiency diseases, the immunoglobulin must first be purified (extracted) from the plasma. All Ig licensed in the U.S. is made from plasma collected in the U.S. by ("Defendants") plasma collection centers

10.     C.P. Plasma Center, Inc. a corporation in the State of Georgia beginning in 1998. C.P. Plasma Center, Inc. is not an overnight process but a progression founded in 1994 by Mr. Furquan R. Stafford, Sr.; a medical researcher entrepreneur who has been relentless in his pursuit of anticompetitive entry into the U. S. plasma protein collection/fractionation industry. C.P. Plasma Center, Inc. aspires to become a global leader in the U. S. plasma protein collection/fractionation industry in which the United States supplies 90 percent of plasma and plasma products to nations across the globe and without a plasma agreement from a Plasma Fractionation company ("Defendants"), C.P. Plasma Center, Inc. remains a highly qualified outsider looking in. *N.D.Ga 1973. An antitrust action is a tort action; thus, in multi defendant antitrust actions, coconspirator joint tort-feasors are jointly and severally liable for entire amount of the damage cause by their acts. Wainwright v Kraftco Corp., 58 F.R.D. 9.*

11. Plaintiff alleges that Defendants conspired and combined to boycott Plaintiff from entering into the industry by refusing plasma collection agreement because of his race as an African-American and eliminating competition to the African-American donor demographic. Mr. Stafford believes that the constructive boycott of accredited recognition of C.P. Plasma Center, Inc. as a global member is rooted in many factors, but highlights lack of government intervention on prohibitory practices that serve to stymie entrepreneurial efforts in this industry. Mr. Stafford is on the cusp of excellence in his field and has been deadlocked due to the byproduct of antiquated regulation and prohibitory practices. *C.A.5 (Ga.) 1975. A group boycott or a concerted refusal to deal constitutes a per se violation of the Sherman Act. Sherman Anti-Trust Act, § 1, 15 U.S.C.A § 1. Sulmeyer v. Coca Cola Co. C.A.5 (Ga.) 1966 Section 2 of Sherman Act forbids refusals to deal for monopolistic ends. Sherman Anti-Trust Act, §§ 1, 2, 15 U.S.C.A. §§ 1, 2.*

12. In 2009, the Federal Trade Commission's ("FTC") filing of an administrative complaint that sought to block CSL Limited's attempted acquisition of a smaller manufacturer of Blood Plasma Proteins, Talecris Biotherapeutics Holdings Corporation ("Talecris"), on the basis that the deal would substantially reduce competition in the United States for Blood Plasma Proteins, among other products. Soon after the FTC filed its complaint, CSL chose to abandon the proposed acquisition.

13. The FTC's complaint describes, among other things, *"troubling signs of coordinated behavior"*, including signaling-i. *e.,* the intentional sharing of competitive information for purposes of seeking to ensure that manufacturers all are restraining output and curbing growth, thereby promoting higher prices and eliminating new plasma collection businesses.

14. In an FTC press release accompanying the filing of the lawsuit, the Director of the FTC's Bureau of Competition stated that *"[s]ubstantial consolidation has already occurred in the plasma protein industry, and these highly concentrated markets are already exhibiting troubling signs of coordinated behavior."* Moreover, the FTC alleged that if the proposed acquisition were approved, Defendants *"would face no remaining significant obstacle in their efforts to coordinate and tighten supply conditions for the relevant products."*

16.     As a result of the conspiracy, prices for Blood Plasma Proteins were higher than they otherwise would have been. Beginning in 2005 and continuing through the present, prices for Blood Plasma Proteins have increased substantially.

17.     As a result of Defendants' unlawful conduct, Plaintiff have been denied entrance into industry, discriminated as an African-American and have suffered injury to his business. Seeking recovery for the financial harm that the conspiracy has inflicted, Plaintiff brings this action on behalf of itself.

### JURISDICTION AND VENUE

18.     Plaintiff brings this action under Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26, to recover treble damages and costs of suit, against Defendants for the injuries that Plaintiff have suffered pursuant to Defendants' violations of Section 1 of the Sherman Act, 15 U.S.C. § 1.

19.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1337 and Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15(a) and 26.

20.     Venue is proper in this District pursuant to 15 U.S.C. §§ 15(a) and 22 and 28 U.S.C § 1391(b), (c) and (d) because Defendants resided, transacted business, were found, or had agents in this District, and a substantial portion of the affected interstate trade and commerce discussed below has been carried out in this District.

21.     This Court has personal jurisdiction over each Defendant because each Defendant: transacted business throughout the United States, including in this District; sold Blood Plasma Proteins throughout the United States, including in this District; had substantial contacts with the United States, including in this District; or engaged in an illegal monopoly scheme and boycott conspiracy that was directed at and had the intended effect of causing injury to persons residing in, located in, or doing business throughout the United States, including in this District.

## PARTIES
## PLAINTIFF

22.     Plaintiff C.P. Plasma Center, Inc. is a for-profit corporation organized under the

laws of the state of Georgia. Since 1994, Plaintiff has been seeking a plasma agreement to enter

into the U. S. plasma protein collection/fractionation industry by Defendants. The dissemination

of blood plasma begins with collection. C.P. Plasma Center, Inc. has identified a gap in the

collection process and specifically will appeal to donors in the African-American community

who are prime beneficiaries of blood plasma due to the prevalence of infectious diseases and

such treating neurological conditions, septic shock, therapeutic plasma exchange, burn therapy

and kidney dialysis. A clinical trial study (Single-dose intravenous gammaglobulin can stabilize

neutrophil Mac-1 activation in sickle cell pain crisis) is underway for sickle cell anemia patients

by a plasma product called Intravenous immunoglobulin (IVIG). Mr. Furquan R. Stafford, Sr., in

carrying on the blood plasma work of the late pioneer Dr. Charles R. Drew (June 3, 1904 – April

1, 1950), an African-American medical scientist and leading authority in his field, credited for

developing ways to process and store blood plasma in blood banks. Dr. Drew directed the blood

plasma programs of the United States and Great Britain in World War II, but resigned after a

ruling that the blood of African-Americans would be segregated.


22 (a).  As a result of the conspiracy alleged, Plaintiff was injured in its business or

property.  Plaintiff believes that the constructive boycott of accredited recognition of C.P. Plasma

Center, Inc. as a global member is rooted in many factors, but highlights lack of government

intervention on prohibitory practices that serve to stymie entrepreneurial efforts in the industry.

Mr. Stafford is on the cusp of excellence in his field and has been deadlocked due to the

byproduct of antiquated regulation and prohibitory practices.  *When one seeks to recover for*

*antitrust injury that allegedly arises from frustrated expansion of one's business into new*

*market, one must demonstrate intention to enter business, and show preparedness to enter such*

*business; without these two showings, it cannot fairly be concluded that antitrust violation was*

*cause of failure to expand. Sherman Anti-Trust Act, §§ 1,2, 15 U.S.C.A. §§ 1,2.  Cable Holdings*

*o f Georgia, Inc. v. Home Video, Inc., 825 F.2d 1559*

## **DEFENDANTS**

23.    Defendant CSL Limited is a company incorporated and domiciled in Australia, with its principal place of business located at 45 Poplar Road, Parkville, Victoria, 3052, Australia. CLS Limited is a global stakeholder and supplier of plasma derivative protein therapies in the world. It produces and sells biotherapies indicated for the treatment of several rare primary immune deficiency diseases, coagulation disorders, and inherited respiratory disease. CSL Limited is a vertically integrated company. It owns and operates one of the world's largest plasma collection networks, CSL Plasma, with collection facilities and laboratories in Boca Raton, Florida and Marburg, Germany. It also owns and operates manufacturing sites, through its wholly-owned subsidiaries, in Marburg, Germany and Bern, Switzerland. CSL Limited's worldwide sales for its 2015 fiscal year were about $5 billion USD.

24.    Defendant Grifols International S.A., is a company incorporated and domiciled in Spain, with its principal place of business located at 08174 Sant Cugat del Vallès, Barcelona, Spain. Grifols is a global stakeholder and supplier of plasma derivative protein therapies in the world. Grifols is the major world supplier of IVIG, albumin, Factor VIII and other plasma-derived products. In 2007 the company had 3.6 million liters per year of plasma fractionation capacity from three plants, one at Parets del Vallès near Barcelona in Spain (2.1 million liters), and a site in Clayton, NC. In the United States the company owns 153 plasmapheresis centers, where it collects around 5.8 million liters of plasma per year. 2016 fiscal year were about $4.36 billion USD.

25.    Defendant Kedrion S.p.A, is a company incorporated and domiciled in Italy, with its principal place of business located at 55051 Castelvecchio Pascoli, Barga (Lucca), Italy. Kedrion S.p.A. develops, manufactures, and distributes blood plasma-derived therapeutic products in the areas of hematology/hemophilia, immunology/neurology, and critical care, as well as pharmacovigilance therapies. It collects and fractionates blood plasma to produce and distribute plasma-derived therapeutic products for use in treating serious diseases, disorders, and conditions, such as hemophilia and immune system deficiencies. The company also engages in orphan drug research and development activities; offers contract manufacturing and technology transfer services; and conducts virus and prion safety studies on products and manufacturing

processes. It serves customers and partners primarily in Asia, Europe, and North and South America. Kedrion S.p.A. was formerly known as Farma Biagini S.p.A. The company was founded in 2001 and is based in Barga, Italy. It has production sites in Bolognana, Sant'Antimo, and Castelvecchio Pascoli, Italy; Budapest, Hungary; and Melville, New York. Kedrion S.p.A. operates as a subsidiary of Kedrion Group S.p.A. KEDPlasma was established in 2004, as a subsidiary of Kedrion Biopharma, and is headquartered in Fort Lee, New Jersey, United States. KEDPlasma's Fifteen U.S. collection centers. 2015 fiscal year were about $4.33 billion USD.

26.     Defendant Octapharma AG is a company incorporated and domiciled in Switzerland, with its principal place of business located at Seidenstrasse 2, 8853 Lachen, Switzerland. Octapharma AG is the largest privately owned human protein products manufacturer in the world. Octapharma's core business is the development and production of human proteins from human blood plasma and human cell-lines. Octapharma's inaugural product was the first Factor VIII concentrate using what was then innovative solvent detergent virus inactivation technology. The underlying principle of Octapharma's R&D is the development of therapies based on human proteins either purified from human plasma or produced by recombinant technologies applied to human cell lines. Octapharma converts source plasma into plasma protein products through fractionation and processing. Octapharma owns five state-of-the-art production facilities in Austria, France, Germany, Sweden and Mexico. Octapharma owns plasma centers in the United States. To fulfil increasing global demand and to exceed its goals, the company is increasing plasma availability by sourcing higher volumes of plasma and increasing the capacity of production plants to convert more source plasma into product. 2015 fiscal year were about 1.65 Billion USD.

27.     Defendant Biotest AG, is a company incorporated and domiciled in Germany, with its principal place of business located at Landsteinerstrasse 5, 63303 Dreieich, Germany. Biotest Aktiengesellschaft, is a provider of medicines that products derived from human blood plasma are obtained, as well as active in the development of monoclonal antibodies. The company has become a priority on the areas of application of clinical immunology , hematology , and the intensive specialized and emergency medicine. Biotest covers of the preclinical and clinical development to production to worldwide sales of all essential elements of the value chain. The business has since 2012 in the operating segments "Therapy" (Hematology, Clinical

Immunology and Intensive Care), "Plasma & Services" and "Other Segments" divided. The production sites are Dreieich and Boca Raton , Florida , USA . Biotest has placed its strategic focus on it, to the core business with plasma proteins to concentrate and biotherapeutics and expand its position through internationalization and research and development here. The new segment "therapy" includes the business with plasma proteins and monoclonal antibodies , divided into three therapeutic areas: hematology, immunology and intensive care. The "Plasma & Services" includes the plasma sales and contract manufacturing. 2015 fiscal year were about $665.30 million USD.

28.     Defendant Shire Plc, is a company incorporated and domiciled in Ireland, with its principal place of business located at 5 Riverwalk Citywest Business Campus Dublin 24, Ireland Newly combined with Baxalta, Shire is now the leading global biotechnology company focused on serving people affected by rare diseases and highly specialized conditions. Baxalta was a BioScience business founded on 1 July 2015 after its parent company, Baxter International, spun off BioScience business with revenue of $6 billion. Baxalta inherited all of its parent company's on-the-market treatments, focused on hemophilia. The company aims to launch 20 in-development projects by 2020, heaping $2.5 billion in annual sales. Prior to the spin-off, it was Baxter's BioScience business.  Baxter's BioScience business produces recombinant and blood plasma proteins to treat hemophilia and other bleeding disorders; plasma-based therapies to treat immune deficiencies and other chronic and acute blood-related conditions; products for regenerative medicine; and vaccines. On January 11, 2016, Baxalta agreed to be acquired by Shire Plc for cash and ADSs (American depositary shares). Shire Plc is a Jersey-registered, Irish-headquartered global specialty biopharmaceutical company. Originating in the United Kingdom with an operational base in the United States. Baxalta Incorporated 2015 fiscal year were about $.1.8 billion USD.

## **INTERSTATE TRADE AND COMMERCE**

29.     Kidd v. Pearson 1888 in that case, The Court said:  No distinction is more popular to the common mind, or more clearly expressed in economic and political literature, than that between manufactures and commerce.  Manufacture is transformation – the fashioning of raw materials into a change of form for use.  The functions of commerce are different.  The buying

and selling and the transportation incident thereto constitute commerce. The activities of Defendants, as described in this Complaint, were within the flow of and substantially affected interstate commerce. Defendants sold substantial quantities of Blood Plasma Proteins in a continuous and uninterrupted flow of interstate commerce, including through and into this District. The conspiracy in which the Defendants participated had a direct, substantial, and reasonably foreseeable effect on interstate commerce.

## FACTUAL ALLEGATIONS
## THE PLASMA-DERIVATIVE PROTEINS INDUSTRY
### Background

30.     The manufacturing process for plasma-derivative proteins involves: (1) plasma collection; (2) plasma testing; (3) fractionation *(i. e.,* precipitation of solids by manipulation of solution pH, temperature, etc.); (4) finishing or purification; (5) quality control; and (6) lot release. The time required to complete the full manufacturing process ranges from approximately seven months to one year. The manufacturing process is highly regulated because plasma products run the risk of containing and transmitting infections. Regulatory bodies include the United States Food and Drug Administration ("FDA"), state regulatory agencies, and the Plasma Protein Therapeutics Association, an industry self-regulatory body. Plasma-derivative proteins are essential for treating a number of serious illnesses, including immune deficiency diseases, coagulation disorders, and respiratory diseases. The annual cost for such treatments can exceed $100,000 per patient in some cases. Purchasers of plasma-derivative proteins-usually hospitals through contracts negotiated by Group Purchasing Organizations-will pay very high prices if necessary to make treatment available to critically ill patients. Consequently, small changes in production levels cause dramatic swings in prices for products, and producers stand to increase profits greatly by controlling output relative to demand. The most prominent plasma-derivative proteins are: (1) Ig; (2) albumin; (3) alpha-I; and (4) Rho-D. The relevant plasma-derivative protein products for purposes of this Complaint are Ig and albumin ("Blood Plasma Proteins").

### Relevant Product Markets
#### Ig

31.     Ig is a widely used drug that can be administered intravenously ("IVIG" or "IGIV") or subcutaneously ("SCIG"). IVIG, the more predominant form, has over 20

FDA-approved indications, and as many as 150 off-label uses. Ig products are antibody rich plasma therapies that long have been used in the treatment of primary immune deficiencies (to provide antibodies a patient is unable to make) and certain autoimmune disorders where it is believed to act as an immune modulator. In addition, physicians frequently prescribe Ig for a wide variety of diseases, although these uses are not described in the product's labeling and differ from those tested in clinical studies and approved by the FDA or other regulatory agencies in other countries. These unapproved, or "off-label," uses constitute the preferred standard of care or treatment of last resort for many patients in varied circumstances.

Ig represents the largest plasma-derived protein product by value. It is estimated that 85% of IVIG sold in the United States in 2013 was purchased by hospitals through contracts negotiated with GPOs. Physician offices represented about 13% of IGIV volume, and homecare companies and specialty pharmacies represented about 17% of IGIV volume.

A. Ig constitutes a relevant product market.

B. There are no good substitutes for Ig.

## Albumin

32.     Albumin is the most abundant protein in human plasma. It is synthesized by the liver and performs multiple functions, including the transport of many small molecules in the blood and the binding of toxins and heavy metals, which prevents damage that they otherwise might cause. Albumin is used to expand blood volume and to prime heart values during surgery. Albumin generally is used in surgical and trauma settings and typically is sold to hospital groups. Albumin constitutes a relevant product market.  There are no good substitutes for albumin. Physicians and hospitals regard albumin as far superior from a clinical standpoint to any potential alternatives, such as hetastarch and saline products.

## Relevant Geographic Market

33.     The relevant geographic market is the United States. Like pharmaceutical products, each Blood Plasma Protein must be approved for sale in the United States by the FDA. To obtain approval, the products must be produced from plasma collected in the United States at collection centers approved by the FDA. The products also must be manufactured at plants approved by the FDA. Performing the requisite clinical trials and undergoing the FDA approval

process for plasma and plasma-derivative products, including Blood Plasma Proteins, takes well over two years. Accordingly, Blood Plasma Proteins sold outside of the United States are not viable competitive alternatives for United States customers, who cannot buy these products even in the event of a price increase for products available in the United States.

## Market Characteristics

34. The structure and characteristics of the Blood Plasma Proteins markets in the United States are particularly conducive to a price-fixing agreement, and have made collusion particularly attractive in this market. These factors are discussed below.

## Commodity-Like Products

35. A commodity-like product is one that is standardized across suppliers and allows for a high degree of substitutability among different suppliers in the market. When products offered by different suppliers are viewed as interchangeable by purchasers, it is easier for the suppliers both to agree on prices for the product and to monitor these prices. Blood Plasma Proteins are homogeneous, commodity-like products within a given product category *(e.g.,* Albumin or Ig), and one Defendant's Blood Plasma Proteins easily can be substituted for a Blood Plasma Protein made by the other Defendant. Indeed, Grifols, a competitor of Defendants, noted in a 2008 SEC filing that "[a]mong albumin products, competition is generally based on price, given that the products tend to be homogeneous." Because Blood Plasma Proteins are commodity-like products, purchasers make purchase decisions based predominantly, if not entirely, on price.

## Lack of Substitutes

36. The lack of available substitutes for a product also helps facilitate an effective price-fixing conspiracy. Without substitutes, producers of the product can raise prices without losing significant sales to closely competing products. For hospitals, physicians, and others that use Blood Plasma Proteins, there simply are no suitable substitutes for these products, at any price. They must purchase Blood Plasma Proteins regardless of the price; nothing else will do. Indeed, as Patrick Robert of the Marketing Research Bureau Inc. has noted, "therapeutic plasma proteins

[including Blood Plasma Proteins] remain essential life-saving drugs for which there is still no competitive drug."

## Industry Concentration

37.     Defendants control a high percentage of the United States plasma-derivative protein industry, collectively possessing about a 75% market share. In particular, Baxalta controls about 25% of the market, CSL controls about 27% of the market, Grifols controls about 25% of the market. The remaining manufacturers, Octapharma possess shares of approximately 8 %, Kedrion 4% and Biotest 3%, respectively. With respect to the domestic Ig market, according to 2013 sales volumes, Defendants collectively possess approximately a 75.% market share. The market is highly concentrated, with a Herfindahl Hirschman Index ("HHI") of 2,579. (The HHI test is used by the FTC and DOJ to gauge market concentration. An industry with an HHI exceeding 1,800 is deemed "highly concentrated. ") With respect to the domestic albumin market, according to 2013 sales volumes, Defendants collectively possess approximately a 75% market share. The market is highly concentrated, Defendants collectively possessed market power to raise prices above competitive levels in the Blood Plasma Proteins markets in the United States without losing appreciable market share.

## Barriers to Entry

38.     The market for The U. S. plasma protein collection/fractionation industry is characterized by high entry barriers. Indeed, no firm has entered *de novo* in recent history, and prospective entrants have little chance of making a meaningful market impact in a timely fashion. Each step of the manufacturing process for Blood Plasma Proteins involves substantial up-front, sunk costs, onerous and lengthy regulatory approvals by federal and state agencies, and specialized technical know-how and expertise. Entry into the Blood Plasma Proteins markets requires a significant amount of intellectual property, including trade secrets relating to purification of products and pathogen safety, and substantial product research and development. Regulatory hurdles impose significant barriers to entry and extend the time it would take to enter the United States markets, let alone make a significant impact in the markets. In addition, the construction and maintenance of production facilities, including regular improvements necessitated by evolving standards of manufacturing practices, requires extensive capital expenditures and may involve long lead times to obtain the necessary governmental approval.

Any new plasma collection competitors in the United States would also need to secure a plasma agreement from Defendants, because only plasma collected in the United States is certified for use in products sold domestically and internationally. Because there currently are only a very limited number of independent plasma suppliers, most of whose plasma collection and center development capacity is already contracted to existing manufacturers (Defendants).

39.    A manufacturer's unilateral refusal to deal may violate antitrust law prohibitions against monopolization and attempts to monopolize when the unilateral refusal to deal is accompanied by an intent to monopolize and the requisite degree of market power; monopolistic or anticompetitive intent is the key factor in determining whether a violation has occurred. *Sherman Anti-Trust Act, § 2, 15 U.S.C.A § 2. Ben Sheftall Distributing Co., Inc. v. Mirta de Perales, Inc., 791 F.Supp. 1575*

## **Demand Inelasticity**

40.    Price elasticity of demand is the measure of responsiveness in the quantity demanded for a product as a result of change in price of the same product. Inelastic demand is a market characteristic that facilitates collusion, allowing producers to raise their prices without triggering customer substitution and lost sales revenue. Inelastic demand is another indicator that a price-fixing conspiracy would be successful. The demand for Blood Plasma Proteins is highly inelastic. Blood Plasma Proteins are considered medical necessities that must be purchased by hospitals, physicians, and others at whatever the cost. Moreover, there are no close substitutes for these products.

## **Opportunity for Conspiratorial Communications**

41.    Defendants are members of trade associations and regularly attend meetings together. For example, Defendants are members of the Plasma Protein Therapeutics Association ("PPTA"). The PPTA is "the primary advocate for the world's leading source plasma collectors and producers of plasma-based and recombinant biological therapeutics." Defendants are Global, North American, and European Members of the association, and their high-level executives, serve on the association's Global Board of Directors. The PPTA convenes its annual meeting, known as the Plasma Protein Forum, in June in the Washington, D.C. metropolitan area, and high-level executives from Defendants attend this annual meeting.  Such trade association

meetings provide the opportunity for participants new entry into the plasma business, price-fixing conspiracies such as this one to meet, have improper discussions under the guise of legitimate business contacts, and perform acts necessary for the operation and furtherance of the conspiracy. Plaintiff Founder & CEO, Mr. Furquan Stafford, Sr., attended this event in 2003 and 2004 about the economic disparities in the African-American communities and to solicit plasma agreement from Defendants. Plaintiff believes because of his race and action plan to enter into industry it caused a global boycott from Defendants.

## Market Dynamics During Late 1990's-Early 2000's

42.    In the late 1990's, a series of events brought about by temporary plant closures, following FDA intervention, resulted in extensive change in supply for both the domestic and global plasma-derivative protein products industries. In 1997, in the wake of a recall of albumin produced by a company called Centeon, the FDA mandated the temporary closure of the plant then owned by Centeon at Kankakee, Illinois (which CSL Limited now owns). In 1999, the Alpha Therapeutic Corporation plant in Los Angeles, California (which CSL Limited also now owns) was temporary closed. The shortages that resulted from these disruptions, particularly concerning Ig supply, caused higher prices in the United States market, spurring producers to increase plasma collections as well as output of Blood Plasma Proteins.

43.    Between 2000 and 2003, however, once the Kankakee and Los Angeles facilities had recommenced production, there was an oversupply of Blood Plasma Proteins. This led to dramatic price declines and, in turn, to a 30% reduction in gross operating margins among producers. Due to fixed costs representing a high proportion of the total costs of Blood Plasma Proteins production, this translated into a significant downturn in profits for the industry. This period of excess supply, in turn, resulted in another significant change the industry, causing the remaining producers to reduce production and plasma collection capacity and to begin in earnest to vertically integrate.

## Industry Consolidation

44.    In 1990, there were 13 producers of plasma-derivative protein products. In 2016, that number dropped to 6. Since 2005, there have been only five: CSL, Baxter, Talecris, Grifols, and Octapharma. Several firms recently merged or were acquired. The large, integrated suppliers, most notably Defendants, have acquired numerous independent plasma collectors and

facilities, and continue to do so. And soon after acquiring them, Defendants shut down many of them. CSL Limited acquired the Swiss Red Cross fractionator, ZLB, as well as 47 plasma collection centers from Nabi, in July 2000. It acquired Aventis Behring's plasma products business in 2003. CSL Limited subsequently closed 35 plasma collection centers in the United States, reduced plasma collections by 1 million liters, and reduced plant output by 1.1 million liters. Baxter acquired 42 plasma collection centers and a laboratory from Alpha Therapeutic Corporation (Mitsubishi Pharma) in late 2002. As one investment firm with knowledge of the industry has noted, "[a]bout 97% of the [plasma collection] centers are now owned by plasma-products companies such as, Shire, CSL Limited, Grifols, Octapharma, Biotest and Kedrion, . This represents a complete reversal in ownership since 2000, when 80% of the centers were independent enterprises." In 2005, a major non-profit entity, the American Red Cross, exited the plasma products industry. The plasma products industry as it now exists has significantly fewer suppliers than it did even 10 years ago. The remaining suppliers, most notably among them Defendants, are larger and more vertically integrated than ever before.

## FTC INVESTIGATION

45. On March 27, 2009, the FTC authorized a lawsuit to block CSL Limited's proposed $3.1 billion acquisition of Talecris Biological Therapeutics, charging that the deal would be illegal and substantially would reduce competition in the United States markets for Ig, albumin, Rho-D, and Alpha-I. On the same day, the FTC also sought a preliminary injunction in federal district court in the District of Columbia to stop the transaction pending completion of an administrative trial. In an FTC press release accompanying the filing of the lawsuit, Richard Feinstein, Director of the FTC's Bureau of Competition, stated that "[s]ubstantial consolidation has already occurred in the plasma protein industry, and *these highly concentrated markets are already exhibiting troubling signs of coordinated behavior."* The FTC described in its complaint, among other things, *"troubling signs of coordinated behavior,"* including Defendants' signaling, product rationing, and other public statements and actions indicative of anticompetitive conduct. The FTC alleged that, "with the elimination of Talecris- the one firm that has consistently and significantly expanded output in the United States-*CSL and Baxter*

*International, Inc. ("Baxter "would face no remaining significant obstacle in their efforts to
coordinate and tighten supply conditions* for the relevant products, to the great detriment of
consumers."

46.     Notably, numerous sentences and parts of sentences from the FTC complaint have
been redacted from public viewing. The FTC has moved to file an unredacted version of the
complaint. The FTC has stated that the redacted "language suggests *a strong possibility of
ongoing coordinated interaction between firms in the plasma industry.* Evidence of transparency,
interdependence, and signaling among firms is particularly relevant to the allegations in this
matter. The language at issue bears on these very important points, and demonstrates how firms
used specific key words to:

   • suggest to each other that increasing the production of lifesaving drugs could hurt the
   firms' ability to reap the significant profits they all achieved during an extended period
   where demand exceeded supply for the key products;

   • remind each other of how, during a period when supply increased, prices and
   profitability for the firms in the market dropped significantly; and

   • encourage each other to only increase supply incrementally to keep pace with demand,
   not increase supply to the extent the firms actually compete with each other for market
   share."

47.     The FTC also has noted that the redacted *"quoted language . . . . is similar to
language that in other instances has been found to be evidence supporting an illegal price fixing
conspiracy. See, e.g., In re High Fructose Corn Syrup Antitrust Litigation,* 295 F.3d 651, 662
(7th Cir. 2002) (Posner, J.) (referring to competitor as a 'friendly competitor,' mentioning an
'understanding between the companies that ... causes [them] not to ... make irrational decisions,'
and querying whether competitors 'will play by the rules ( discipline)' can all be evidence of an
explicit agreement to fix prices)." CSL Limited has opposed the FTC's motion to file an
unredacted version of the complaint, claiming that every quote in the complaint derived from the
respondents' documents constitutes confidential business information, and that disclosure of this
information irreparably would harm their reputations. The FTC has responded by stating that the
redacted material does not qualify as confidential business information, and that while disclosure

of the material would cause *"embarrassment"* and *"could 'expose respondent to possible treble damages actions,'"* those reasons are not sufficient to prevent disclosure.

48. Shortly after the filing of the FTC complaint, on June 8, 2009, CSL Limited and Talecris publicly announced that they would abandon the proposed merger. On June 15, 2009, the FTC and the two firms jointly filed a motion to dismiss the FTC's complaint on that basis, and on June 22, 2009, the FTC dismissed the complaint. There has been no ruling yet on the FTC's motion to file an unredacted version of the complaint. Significantly, the FTC has not abandoned its position, and believes that the public interest would best be served by full disclosure of the redacted language.

## ANTITRUST VIOLATIONS

49. Defendants and their co-conspirators engaged in a continuing agreement, understanding, and conspiracy in restraint of trade to restrict entrance into the industry and to artificially raise, fix, maintain or stabilize the prices of Blood Plasma Proteins in the United States. Based on the foregoing, and on information and belief, in formulating and effectuating the contract, combination or conspiracy, Defendants and their coconspirators engaged in anticompetitive activities, the purpose and effect of which were to restrict entrance into the industry and to artificially raise, fix, maintain, or stabilize the price of Blood Plasma Proteins sold in the U.S. These activities included:

(a) Defendants participating in conversations or communications to discuss entry into the industry, supply and price of Blood Plasma Proteins in the United States;
(b) Defendants agreeing during those conversations or communications to restrict entrance into the industry and to charge prices at specified levels and otherwise to increase or maintain prices of Blood Plasma Proteins sold in the United States; and
(c) Defendants agreeing during those conversations or communications to restrict entrance into the industry and to fix or stabilize prices of Blood Plasma Proteins sold in the United States; and Defendants engaged in the activities described above for the purpose of effectuating the unlawful agreements described in the Complaint. Defendants

conspiracy constitutes an unreasonable restraint of interstate trade and commerce in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

## EFFECTS OF THE MONOPLY

50.     As a result of Defendants' unlawful conduct, Plaintiff has been injured in his business and property he has been eliminated from entering into the plasma business. The unlawful conduct has had at least the following effects:

(a) competition in the markets for Blood Plasma Proteins has been artificially restrained;

(b) Blood Plasma Proteins from Defendants have been deprived of the benefit of free and open competition in the Blood Plasma Proteins markets.

51.     *C.A. 11 (Ga.) 1998. Antitrust injuries include only those injuries that result from interference with the freedom to compete. Sherman Act, § 1 et seq., as amended, 15 U.S.C.A § 1 et seq.*

## CAUSE OF ACTION
## VIOLATION OF SECTION 1 OF THE SHERMAN ACT -15 U.S.C. § 1-7

52.     Plaintiff incorporates and re-alleges each allegation set forth in the preceding paragraphs of this Complaint. Beginning at least as early as November 1, 1995, and continuing thereafter, Defendants and their co-conspirators, by and through their officers, directors, employees, agents, or other representatives, monopolized and artificially raise, fix, maintain, or stabilize prices for Blood Plasma Proteins in the United States in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1-7. Plaintiff has been injured in his business and property by reason of Defendants' anticompetitive law violations.

53.     Plaintiff has suffered monetarily, emotionally and civil rights have been violated because of race, not having an opportunity to enter into the Blood Plasma Proteins industry because of monopolization and discrimination. This injury is of the type the federal antitrust laws were designed to prevent and flows from that which makes Defendants' conduct unlawful.

54.    Accordingly, Plaintiff seek damages, to be trebled pursuant to federal antitrust law, and costs of suit, including reasonable attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays as follows:

(A)    The Court adjudge and decree that defendants open up markets for plasma agreements with Plaintiff and Defendants be enjoined from continuing their participation in monopoly of The U. S. plasma protein collection/fractionation industry in violation of Section 2 of the Sherman Act;

(B)    that Plaintiff be awarded civil penalties and treble damages in the dollar amount of one hundred million dollars and zero cents, ($100,000,000.00 USD) from each Defendant and for each violation of the Sherman Antitrust Act, 15 U.S.C. §§ 1–7; and

(C)    that Plaintiff be awarded such other relief as the Court may deem just and proper to redress and prevent recurrence of the alleged violation and to dissipate the monopoly; and

(D)    that Plaintiff recover their costs of the suit, including attorneys' fees, as provided by law;

(E)    that Plaintiff recover pre-judgment and post-judgment interest as permitted by law and;

(F)    for such other and further relief as is just and proper under the circumstances.

Dated: August 1, 2016

Pro Se

Furquan R. Stafford, Sr.
Founder & CEO
C.P. Plasma Center, Inc.
3560 Hunters Pace Dr.
Lithonia, Georgia 30038
Telephone No: (404) 902-3824
Email: iamstafford@cp-plasma-center.com

EXHIBIT 1

# AUTOBIOGRAPHY



To be successful, one must be committed and willing. Mr. Furquan R. Stafford, Sr.44, is Founder and CEO of the C.P. Plasma Center, Inc. (CPPC) in College Park, GA, USA is these things and more.

Emblazoned with battle scars from an impoverished, sometimes neglectful and oftentimes mentally, physically, and emotionally abusive, childhood, native son of Newark, New Jersey raised in Houston, Texas and College Park, Georgia has achieved success as a leader, entrepreneur, and mentor.

Call it relentless ambition or his willingness to sacrifice whatever was necessary to attain his goals, Stafford's background has been unconventional. He has no shame admitting that when cash was low, he did what he had to do to make ends meet in order to get to where he needed and wanted to go. That meant using the ironing board as his desk and a milk crate as his desk chair when he had no furniture in his apartment.

With an Associate Degree in Pre-Nursing from McCook Community College in McCook, Nebraska. Stafford has also studied Pre-Nursing, Nursing at Texas Southern and Georgia State Universities.

Professionally he has worked in the plasma field as a Phlebotomist, Lab Technician, Supervisor, and Asst. Manager at Sera-Tec, Inc. Atlanta, Georgia, and American Plasma Center, Inc. in Houston, Texas. It was there at that time he realized just how interesting and important of human plasma is to human health.

Focus and natural ability are just a few essential elements Stafford believes are essential elements to realizing ones successful entrepreneurial goals. He also readily states that successful entrepreneurship entails more than being good at what you do; it takes becoming a master at your craft, knowing the right people, studying materials from your industry, your plan to dominate, reading books from accomplished individuals with different skill sets to obtain their knowledge and it takes impeccable timing. Stafford's next goal continuing the legacy of Dr. Charles R. Drew (June 3, 1904, -April 1, 1950) and Dr. Vivien T. Thomas (August 29, 1910- November 26, 1985).

Through CP. Plasma Center, Inc. lives will be changed through medicine and economic empowerment. His work helps those with sickle cell anemia, pediatrics, HIV/AIDS, growth, cardiovascular surgery, hemophilia, and other illnesses. Says Stafford, "Unlike whole blood from finite plasma does not have to be matched with...

## Georgia State Senate





EXHIBIT 2

### A RESOLUTION

Encouraging the development of minority owned plasma centers; and for other purposes.

WHEREAS, for many years, people have suffered from medical deficiencies which could be controlled by drugs made from human plasma; and

WHEREAS, there are numerous U.S. Food and Drug Administration licensed plasma donation centers in the United States; and

WHEREAS, statistics have shown that in 2008, there were 18.8 million plasma donations made in the United States at federally licensed plasma collection centers; and

WHEREAS, statistics have further shown that 20 million liters of plasma are used worldwide every year to manufacture plasma protein therapies for patients with blood clotting disorders, sickle cell disease, immune deficiencies, neurological disorders, pediatric HIV, and hemophilia; and

WHEREAS, worldwide sales exceed $8 billion annually; and

WHEREAS, it is reported that more than 80 percent of United States plasma donations come from African Americans; and

WHEREAS, no African American owns a plasma collection center in the United States.

NOW, THEREFORE, BE IT RESOLVED BY THE SENATE that the members of this body encourage the United States plasma industry to open its markets and allow equal opportunity for African Americans to participate in the process by executing plasma collection agreements with them.

BE IT FURTHER RESOLVED that the Secretary of the Senate is authorized and directed to make appropriate copies of this resolution available for distribution to members of the public and press.

Senate Resolution 74
By: Senators James of the 35th, Henson of the 41st, Rhett of the 33rd, Butler of the 55th, Tate of the 38th and others

Adopted in the Senate March 22, 2016

PRESIDENT OF THE SENATE

SECRETARY OF THE SENATE

PRESIDENT PRO TEMPORE

SENATOR, DISTRICT 35th









# Hold On Until Your Change Comes

## By Furquan Stafford

EXHIBIT 4

Childhood should be the best time of your life, but for me it was a nightmare. My father was a drug addict and died before I was born. After my father died, my mother seemed to attract the wrong kind of men into her life, which made things bad for me.

From a very early age I was beaten, and mistreated by my stepfather. He treated me so badly I felt like I was worthless and I didn't want to live. But there was an innervoice that told me to hold on, everything was going to be all right. There wasn't anybody to reach out to for help, for when you are a child your parents are the people you look to for love, encouragement and protection. I had none of that, and I had nobody to turn to.

When I started school, I knew something was definitely wrong with my family life. I noticed how happy other kids were at school and with their families. They laughed, played, rode bikes – just had fun. I wondered why I couldn't be happy like that? At that time I decided to run away from home and escape the abuse of my stepfather and reach out for help from anyone who would listen. I ran away to a friend's house, but my stepfather found me, and when he got me home I received the worst beating of my life. I felt there was no escape from the horrible life I was forced to live. Why couldn't I just die? Despite all the abuse I suffered at the hands of my step-father, something would not let me die, physically or mentally. I didn't understand it at that time, but there was a calling on my life, and I had to endure all that was happening to me to be able to stand and do God's work later in life.

After many years, the authorities from Child Protective Services finally removed me from my abusive home. I thought everything was finally going to be all right, but that was the beginning of another nightmare. I was shuffled from one abusive foster home to another, sent to institutions and sent to a juvenile detention center. My family failed me, and the "system" failed me – who could I turn to? I felt like I was at the end of my rope but, like an old comforting friend, that innervoice that had spoken to me

so many times before, was there once again to encourage me to hold on and be strong.

I realize that the innervoice that guided me and gave me strength to go on all those years was the voice of God. I accepted Jesus into my life and was saved. I went on to receive my diploma from B.E. Banneker High School, College Park, Georgia. From there I went on to receive my Associate of Science Degree in Pre-Nursing at McCook Community College, McCook, Nebraska. While in college, I received my calling from God to start the first African-American Plasma Center (honoring Dr. Charles R. Drew). Things are still a little rough sometimes, but I know that with God all things are possible.

Sometimes God has to take us through lots of trials and tribulations but through them all, you learn how to trust, lean, and depend on him. I encourage all of you to hold on until your change comes. Hold on through the storms and all the bad times, for the good times always outweigh the bad. Just hold to God's unchanging hand.

### Romans 8:31, 35, 37-39

31  *What shall we then say to these things? If God be for us, who can be against us?*

35  *Who shall separate us from the love of Christ? Shall tribulation, or distress, or persecution, or famine, or nakedness, or peril or sword?*

37  *Nay, in all these things we are more than conquerors through him that loved us.*

38  *For I am persuaded, that neither death, nor life, nor angels, nor principalities, nor powers, nor things present, nor things to come,*

39  *Nor height, nor depth, nor any other creature, shall be able to separate us from the love of God, which is in Christ Jesus our Lord.*



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

EXHIBIT 5

Bureau of Competition
Mergers IV Division

~
Jeffrey Perry
Deputy Assistant Director

December 20, 2011

**VIA U.S. MAIL**

Furquan R. Stafford, Sr.
Chairman, President & CEO
C.P. Plasma Center, Inc.
3560 Hunters Pace Dr.
Lithonia, GA 30038

Dear Mr. Stafford:

Thank you for your December 5, 2011 e-mail and letter to Federal Trade Commission Chairman Leibowitz regarding the plasma collection industry. Your correspondence has been forwarded to appropriate members of the Commission staff in our Bureau of Competition for review, and the information you have provided and the concerns you have expressed are receiving careful consideration.

As a general matter, Congress has empowered the Commission to prevent unfair methods of competition that violate Section 5 of the Federal Trade Commission Act,[1] such as illegally anticompetitive agreements among competitors to increase prices or restrict output and illegally exclusionary or predatory practices. Congress also has empowered the Commission to prevent mergers, acquisitions, and certain other practices that may substantially lessen competition or tend to create a monopoly, in violation of the Clayton Act.[2]

In determining whether to take enforcement or other action in any particular situation, the Commission may consider a number of factors, including the type of violation alleged; the nature and amount of consumer injury at issue and the number of consumers affected; and the likelihood of preventing future unlawful conduct and securing redress or other relief. I should note that as a matter of policy, the Commission does not generally intervene in individual disputes.

As we previously discussed by phone, Commission staff is aware of your concerns about the plasma collection industry and appreciates your willingness to bring those concerns to our attention. We will continue to consider all of your communications in connection with the Commission's

---

[1] 15 U.S.C. § 45. Section 5 of the FTC Act prohibits, among other conduct, practices that violate the Sherman Act, including in particular monopolization, attempts to monopolize, conspiracies to monopolize, and conspiracies in restraint of trade. *See generally FTC v. Cement Institute,* 333 U.S. 683, 690 (1948).

[2] 15 U.S.C. §§ 12 *et seq.*

EXHIBIT 6

Mr. Furquan Stafford – Page 2

ongoing interest in effective and vigorous law enforcement. You may also find useful the discussion of supply chain antitrust standards presented in the *FTC Guide to the Antitrust Laws*, which can be found on the Commission Website at http://www.ftc.gov/bc/antitrust/supply_chain.shtm.

We appreciate your interest in this matter, and hope that the foregoing information is of assistance. Thank you again for your correspondence.

Sincerely,

Jeffrey Perry

2



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

EXHIBIT 7

Consumer Response Center

October 10, 2012

Furquan Stafford

356 Hunters Pace Dr

Lathonia,GA 30038

RE: FTC Ref. No. 32530823

Dear Furquan Stafford:

Thank you for your recent contact to the Federal Trade Commission ("the Commission"). The Federal Trade Commission acts in the public interest to stop business practices that violate the laws it enforces. Contacts from consumers and businesses are very important to the work of the Commission. They are often the first indication of a problem in the marketplace and may provide the initial evidence to begin an investigation.

The Commission does not resolve individual complaints. The Commission can, however, act when it sees a pattern of possible violations developing.

The information you have provided will be recorded in our secure online database that is used by thousands of civil and criminal law enforcement authorities worldwide. This database enables law enforcement to identify questionable business practices that may lead to investigations and prosecutions.

Thank you for providing information that may be used to develop or support Commission enforcement initiatives.

Sincerely Yours,

Consumer Response Center



UNITED STATES COMMISSION ON CIVIL RIGHTS

EXHIBIT 8

624 NINTH STREET, NW, WASHINGTON, DC 20425                    www.usccr.gov

April 24, 2008

Furguan Stafford, Sr.
Chairman, President & CEO
C.P. Plasma Center, Inc. (CPPC)
2755 Ocean Valley Drive
College Park, GA 30349

Dear Mr. Stafford:

The United States Commission on Civil Rights recently received your complaint.

The Commission was established to conduct studies, hold hearings, issue reports, and serve as a national clearinghouse for civil rights information. As such, the Commission has no authority to provide direct remedial assistance or offer an opinion as to the soundness of individual allegations.

In order to be helpful, we have forwarded your complaint to:

Chief, Coordination & Review Section
Civil Rights Division
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

This agency is authorized to help resolve the problem you described. We have requested that the agency notify you in writing concerning all actions taken to resolve your complaint. Should you need to communicate further concerning this matter, please contact the above agency directly.

Sincerely,

Robert Lerner, Ph.D.
Assistant Staff Director
of Civil Rights Evaluation

## Furquan R. Stafford, Sr.

| | |
|---|---|
| **From:** | David.Confessore@CSLPLASMA.COM |
| **Sent:** | Friday, December 21, 2012 2:52 PM |
| **To:** | fstaffordsr@cpplasmacenter.org |
| **Subject:** | FW: Follow-Up: Mr. Tommy Smith (CSL Contact) |

EXHIBIT 9

Mr. Stafford,

Tommy Smith at Novus Architects passed on your message to me. Thank you for your interest in contacting CSL Plasma. I remember that you reached out to us a year or so ago. Unfortunately, our position has not changed since the last contact. CSL Plasma continues to be able to expand its own collections to meet the needs of our parent company, CSL Behring. We are not interested in pursuing any supply contracts with third parties at this point in time.

I wish you luck in your continued endeavors.

Best regards,

David

David H. Confessore
Senior Director, Business Services
**CSL Plasma** *Good for You. Great for Life*
Boca Raton, Florida USA

Phone: +1.561.912.3058
Mobile: +1.305.773.7131
david.confessore@cslplasma.com

---

**From:** Furquan R. Stafford, Sr. [mailto:fstaffordsr@cpplasmacenter.org]
**Sent:** Friday, December 07, 2012 12:58 AM
**To:** Tommy Smith
**Subject:** Follow-Up: Mr. Tommy Smith (CSL Contact)

Hello Tommy:

It's been a minute since the last time we chatted. But I just wanted to bring you up to date with my project. The issue that I have been facing is a plasma contract. The investment group is not going to invest capital without a plasma contract. They have made emphasis on capital during FDA certification and without plasma agreement the project is too risky. The property and future home of C.P. Plasma Center is a Plaza, 73,000 square feet. Everything is in place to move forward and City officials are welcoming the project with open arms.

In previous conversations, you mention your relationship with CSL. My question to you and favor from you is that would you be willing to connect me with the person at CSL that would consider forming a partnership with C.P. Plasma Center? I believe that it is a win win situation for both parties. I'm confident that we can do at least 50,000 liters in our first year. I've worked too hard too long and I just need an "opportunity."

1

I appreciate your time and attention towards this matter.

EXHIBIT 10

**Furquan R. Stafford, Sr.**
**Chairman & CEO**
**C. P. Plasma Center, Inc. (CPPC)**
**College Park, Georgia - U  A**



*"There's Life in the Blood"*



 Please consider the environment before printing this email.

----------------------------------------------------------------------------------------------

*This e-mail transmission is protected by the electronic communications privacy act, 18 U.S.C. 2510, et seq. The message and any attachments are confidential and contain proprietary content intended only for the designated recipient(s). Any duplication and/or distribution of this transmission, in any form or part, without the written consent of the sender is hereby prohibited. These confidentiality protections shall apply even if you have received this transmission on error, in which case you must disregard its contents and destroy it, and please notify the sender of the mistake.  C.P. Plasma Center, Inc. (CPPC)*

2

*Baxter*

EXHIBIT 11

August 3, 2012

Furquan R. Stafford, Sr.
Chairman & CEO
C.P. Plasma Center, Inc (CPPC)
2755 Ocean Valley Drive
College Park, Georgia 30349

Dear Mr. Stafford,

Thank you for your letter to Bob Parkinson regarding plasma collection services.  The
availability of source plasma and production capacity for plasma-derived therapies is a priority
across our industry and Baxter is actively involved in capacity-building activities. We wish you
the best of luck with the establishment of a plasma collection center and we look forward to
learning more about it in the future once your center is operational.

Sincerely,

Julie Kim
General Manager, BioTherapeutics

**Furquan R. Stafford, Sr.**

**Subject:**                    FW: CPPC Plasma Agreement Proposal

EXHIBIT 12

**From:** David Bell [mailto:david.bell@grifols.com]
**Sent:** Tuesday, September 20, 2011 12:58 PM
**To:** fstaffordsr@cpplasmacenter.org
**Subject:** CPPC Plasma Agreement Proposal

Mr. Stafford,

Victor Grifols forwarded your proposal to me for a response. You should be aware that Grifols' goal has been to be vertically integrated with regard to all aspects of our business, including plasma procurement. Additionally, with our recent acquisition of Talecris, we inherited certain third party plasma supply agreements and as a result, we have a surplus of plasma relative to our capacity for fractionation and purification. We see this imbalance continuing into the future and thereafter returning to our self-sufficiency for plasma procurement. As a result, we are not currently soliciting or accepting any third party supply agreements.

We appreciate your interest in the plasma supply business and suggest that you contact other companies who may not have as developed an internal plasma supply system as Grifols.

Best regards,

David Bell
Executive Vice President, U.S. Operations
Grifols
david.bell@grifols.com

1



## NON-DISCLOSURE AGREEMENT

EXHIBIT 13

In order to protect certain confidential information, Company Limited and its corporate affiliates, "Company", and the "Participant" (identified below) agree that:

1.    Disclosing Party: The party disclosing confidential information is *both parties*.

2.    Primary Representative: Each party's representative for coordinating disclosure or receipt of confidential information is:

Company: C.P. Plasma Center, Inc. (CPPC)

Participant: Kedrion, S.p.A.

3.    Description of Confidential Information: The "Confidential Information" disclosed under this Agreement shall include information, data and details relating to the parties' past, present and future proprietary technology, intellectual property (including, without limitation, trade secrets), systems, equipment, products, operations, strategies, market positions, and customers. The existence of this agreement and the fact the parties are entering these discussions are considered confidential and shall not be disclosed to any third party.

4.    Use of Confidential Information: The Confidential Information is being disclosed so that the parties can evaluate potential business relationships between the parties (the "Purpose"). Confidential Information shall not be used except as necessary to perform the Purpose and neither party shall analyse or reverse-engineer any Confidential Information owned by the other party, or permit any third party to do so. Confidential Information may only be used internally by the parties and only disclosed to the parties' personnel on a "need to know" basis. Confidential Information shall not be disclosed to any third party for any reason.

5.    Confidentiality Period: This Agreement and the receiving party's duty to protect confidential information from disclosure will expire in two (2) years after the execution of this agreement.

6.    Standard of Care: The receiving party shall protect the disclosed confidential information by using the same degree of care, but no less than a reasonable degree of care, as the receiving party uses to protect its own confidential information.

7.    Exclusions: This Agreement imposes no obligation upon the receiving party with respect to information that (a) was in the receiving party's possession before receipt from the disclosing party; (b) is or becomes a

matter of public knowledge through no act of the receiving party; (c) is rightfully received by the receiving party from a

third party without a duty of confidentiality; (d) is independently developed by the receiving party; or (e) is necessary to be disclosed in judicial or administrative process.

8.    Warranty: Each party warrants that it has the right to make the disclosures contemplated by this Agreement. NO OTHER WARRANTIES ARE MADE BY EITHER PARTY UNDER THIS AGREEMENT. ANY INFORMATION EXCHANGED UNDER THIS AGREEMENT IS PROVIDED "AS IS".

9.    Rights: Neither party acquires any intellectual property rights under this Agreement.

10.    Return of Confidential Information: Each party agrees to return all Confidential Information owned by the other party at the other party's request.

11.    Miscellaneous:

(a)    This Agreement imposes no obligation on either party to purchase, sell, license, transfer or otherwise dispose of any technology, services or products; (b) This Agreement does not create any agency or partnership relationship; (c) All additions or modifications to this Agreement must be made in writing and must be signed by both parties; (d) This Agreement is made under, and shall be construed according to, the laws of the State of Georgia, USA.

Company

By 
   (Authorized Signature)

Furquan R. Stafford, Sr. / Chairman, President & CEO
   (Name & Title)

Date: June 13 2008

Participant

By
   (Authorized Signature)

PAOLO MARCUCCI MANAGING DIRECTO
   (Name & Title)

KEDRION SPA
   (Company Name)

Date: 26|06|2008 .



**C.P. Plasma Center, Inc.**
*"There's Life in the Blood"*
College Park, Georgia U A
www.cpplasmacenter.org

EXHIBIT 14

*Sent -Via Email*

**January 23, 2009**

**Investitori Associati S.p.A**
Mr. Paolo Melloni - melloni@investitoriassociati.com
*Partner*
Via Agnello n. 8
20121 Milano Italy

**RE:** *Plasma Contractual Agreement with Kedrion S.p.A*

Dear Mr. Melloni,

Regarding your email of December 1, 2008, relative to a plasma contract with Kedrion, jointly we hold the keys for a serious win-win business opportunity. After additional research and conducting a financial analysis it appears that the demand for plasma will continue to increase for the next 8 to 10 years. In light of that anticipated market, I am proposing the following in addition to the draft contract already submitted:

- Kedrion to pay $150.00 USD per liter of Source Plasma or the current market value, whichever is higher. Pricing will be re-negotiated every October.
- A minimum of 5% increase after initial year.
- Kedrion to reimburse C.P. Plasma Center, Inc. for all required testing for Source Plasma:
    1. Viral Marker panel: $10.50 USD
    2. NAT panel-All five markers to include resolution - (HIV, HCV, HBV, HAV & Parvo B-19): $10.00 USD
- Kedrion agrees to purchase up to 50,000 liters of plasma each year.
- This will be a Seven (7) year agreement.
- Kedrion agrees to pay for all transportation and storage fees.

Mr. Melloni, I appreciate your time and attention towards this important matter. I look forward to our discussing this project at your earliest opportunity.

Respectfully,

Furquan Rahman Stafford, Sr. – FStaffordSr@cpplasmacenter.org
Chairman, President & Chief Executive Officer
C. P. Plasma Center, Inc. (CPPC)

      **Cc:** Paolo Marcucci - P.Marcucci@kedrion.com
          Lucio Stucco - LStocco@haemopharm.com
          Paola Ferrari - P.Ferrari@kedrion.com

      **Attachments:** Kedrion S.p.A Information_Proposal SGM Architects, Inc.





**Bayer**

**Pharmaceutical
Division**

Biological Products

EXHIBIT 15

**Richard Thomas**
Vice President &
General Manager
Plasma Operations

May 4, 1998

Furquan R. Stafford
President/CEO
C.P. Plasma Center, Inc.
2200 Godby Rd. D10
College Park, GA 30349

Dear Mr. Stafford:

Thank you for your inquiry. I regret that, at this time, Bayer is not issuing any new
contracts for source plasma. Our needs are adequately covered by our current contract
suppliers.

I will keep CPP in mind if our supply situation changes.

Sincerely,

Richard Thomas
Vice President and
General Manager
Plasma Operations

RT/ds

Bayer Corporation
800 Dwight Way
P.O. Box 1986
Berkeley, CA 94701-1986
Phone: 510 705-7705
Fax: 510 705-7704

V.I. Technologies, Inc.          Tel.(516) 752-7314
155 Duryea Road                  Fax(516) 752-8754
Melville, New York 11747

EXHIBIT 16

# V. I. Technologies, Inc.



155 Duryea Road, Melville, New York 11747
from the desk of-
Kenneth D. Graziano, Ph.D.
(516) 752-7314, ext.109
(516) 752-8754 fax

May 4, 1998

Furquan R. Stafford
President & CEO
C.P. Plasma Center, Inc.
2200 Godby Road, D10
College Park, GA 30349

Re: Fax of 5/1/98

Dear Mr. Stafford:

Thank you for your interest in being a source plasma supplier to V. I. Technologies, Inc. (Vitex).
At present Vitex has all of our source materials being provided by our customers. Should this
situation change, and we need to obtain additional supplies, we will be in contact with you.

Sincerely,

Kenneth D. Graziano
Vice President
Regulatory Affairs
Responsible Agent
License # 386

Personal/.IIMemoformat



**C.P. Plasma Center, Inc.**
*"There's Life in the Blood"*
College Park, Georgia U  A
www.cpplasmacenter.org

EXHIBIT 17

***Sent -Via Email***

December 9, 2009

**Biotest Pharmaceuticals AG**
Dr. Gregor Schulz - gregor_schulz@biotest.de
*CEO*
Landsteiner
Straße 3 - 5, 63303
Dreieich

**RE:** *Plasma Contractual Agreement with Biotest Pharmaceuticals AG*

Dear Dr. Schulz,

I have not as of yet received any response from you and/or Biotest regarding my
e-mail submitted on (11/2/09) as it relates to establishing a business relationship.
However, this formal letter serves as a follow-up, concerning correspondences
submitted by me over the past several years as it relates to a plasma agreement
with Biotest AG.

After additional research and conducting a financial analysis it appears that the
demand for plasma will continue to increase for the next 8 to 10 years.  In light of
that anticipated market, I have addressed the critical issues as a start-up
company:

    ▪ Working Capital during the FDA certification process
    ▪ Viral Marker
    ▪ Management
    ▪ Regulatory Compliance
    ▪ Marketing

As you are aware, while the U.S. Plasma Collection industry is supplied primarily
by African Americans, the industry is dominated by other cultures.  The U.S.
Plasma Collection industry supplies a high volume of all plasma and plasma
related products to Nations across the globe.  Despite this piece of information,
the African American community has reaped no benefit for this life giving
contribution they provide.

How can C.P. Plasma Center, Inc. enhance the mission statement of Biotest?  The
answer is just a mutual endorsed plasma supply agreement away.  The onset of a
new day is yet upon all of us.  Take action and discover why this business
relationship can and will be successful, advantageous for millions across the
globe.

**Mailing address:** 3560 Hunters Pace Dr., Lithonia Georgia, 30038

EXHIBIT 18

Page 2

I look forward to your timely reply.  Please respond within five business days from the date of receipt.

Respectfully,

Furquan Rahman Stafford, Sr. – FStaffordSr@cpplasmacenter.org
Chairman, President & Chief Executive Officer
C. P. Plasma Center, Inc. (CPPC)

## PLASMA SUPPLY AGREEMENT

Between

EXHIBIT 19

**C.P. Plasma Center, Inc.**
3560 Hunters Pace Dr.
Lithonia, Georgia 30038 USA

and

**PLASMA COMPANY**
1234 Plasma Way
Plasma, Center 12345 USA

THIS PLASMA SUPPLY AGREEMENT and its Annexes ("Agreement") will come into effect on October 12, 2015 and are made by and between C.P. Plasma Center, Inc. (CPPC) 3560 Hunter Pace Dr., Lithonia, Georgia 30038, USA ("Supplier"), PLASMA COMPANY and ("Fractionator"). Supplier and Fractionator agree that the following provisions shall govern the supply of Plasma as later defined in this Agreement. In this Agreement, Supplier and Fractionator are also referred to individually as "Party" and commonly as "Parties".

WHEREAS, C.P. Plasma Center intends establishing a plasma supply business by erecting new Donor Centers within the United States, headquartered in College Park, Georgia,

WHEREAS, PLASMA COMPANY is a fractionator of human plasma into pharmaceutical products for human use,

WHEREAS, C.P. Plasma Center commits itself to sell plasma collected in such new Donor Centers to PLASMA COMPANY under the terms and conditions hereunder while retaining the discretion to sell source plasma to other parties,

WHEREAS, PLASMA COMPANY commits itself to purchase plasma collected by C.P. Plasma Center Donor Centers under the terms and conditions hereunder,

NOW, THEREFORE, the Parties have agreed as follows:

### Definitions

*Agreement*                                    shall mean this Plasma Supply Agreement, including the Appendices attached hereto

| *Donor Centers* | shall mean plasmapheresis collection facility (as listed in Appendix 1) already under construction or in the planning phase, which will collect Source Plasma from the donors and meet all the requirements set out hereunder. |
|---|---|

EXHIBIT 20

*Source Plasma*  Shall mean Source Plasma ("Plasma") meeting the specifications defined in the respective Standard Quality Assurance Agreement as well as the current FDA and EU Plasma Guidelines and Directives.

*Standard Quality Assurance*  Shall mean the PLASMA COMPANY's Standard Quality per Standard Operating Procedures.

*Agreement*  Assurance Agreement, including e.g. Look-Back Procedures, attached hereto as Appendix 2 and constituting an integral part to the Plasma Supply Agreement and subject to revisions from time to time.

### *Article 1.*  Deliveries

1.1  Supplier hereby agrees to supply and sell to PLASMA COMPANY and PLASMA COMPANY, hereby agrees to purchase Plasma supplied from the Donor Centers according to the respective Standard Quality Assurance Agreement.

1.2  The respective Standard Quality Assurance Agreement, which contains the testing requirements, the quality requirements, as well as the Look Back Notification procedure, defines the quality requirements of the Plasma to be supplied hereunder. Completion and accordance with the respective Standard Quality Assurance Agreement is thus a condition precedent for the fulfillment of this Agreement.

1.3  The Plasma shall be delivered in the following amounts and equally distributed as deliveries on a monthly basis in the calendar year or as separately agreed with *PLASMA FRACTIONATOR*, respectively:

| 2016: | up to 20,000 liters of Plasma |
|---|---|
| 2017: | up to 50,000 liters of Plasma |
| 2018: | up to 60,000 liters of Plasma |
| 2019: | up to 70,000 liters of Plasma |
| 2020: | 80,000 liters of Plasma, or more, if mutually agreed upon between the Parties until December 31, 2020. |

provided by the Donor Center(s) under the condition that the respective Donor Center(s) are awarded fulfillment of the

C.P. Plasma Center, Inc. (CPPC)   2

requirements stated in the Standard Quality Assurance Agreement and are awarded an FDA-license to procure Source Plasma.

Following the receipt of FDA licensure, the minimum delivery of Plasma shall always amount to a min of 50,000 liters per annum.

EXHIBIT 21

### *Article 2.*    **Prices and Terms of Payment**

2.1    The price shall be as follows for the calendar year 2016:

USD $155.00 per liter of Plasma (excluding Viral Marker, HIV, HCV, HBV, HAV & Parvo B-19-NAT testing costs). The testing laboratory will be an FDA-approved facility, at the discretion of the PLASMA COMPANY.

2.2    Immediately following FDA licensure, the Plasma price per liter is subject to an annual evaluation and review by both parties. Price discussions must begin six months prior to calendar year end and conclude prior to the end of the calendar year.    However, is not subject to changing more than +5% per annum.

2.3    Performance of required Viral Marker, HIV, HCV, HBV, HAV & Parvo B-19-NAT/PCR testing of the Plasma by using a test method approved and licensed by the FDA, Supplier will charge PLASMA COMPANY an additional amount of USD $12.00 per liter of Plasma for all five NAT/PCR markers to include resolution. Supplier will charge PLASMA COMPANY an additional amount of USD $10.10 per liter of Plasma for Viral Marker. The Parties shall agree to adjust the amount of USD $12.00 according to the real increase or decrease of costs for the performance of the (HIV, HCV, HBV, HAV & Parvo B19 - NAT testing). The Parties shall agree to adjust the amount of USD $10.10 according to the real increase or decrease of costs for the performance of the Viral Marker testing.

2.4    If additionally binding guidelines and/or laws issued by the PLASMA COMPANY, national authorities or the EU authorities require the introduction of additional tests, the price per liter of Plasma will be adjusted according to the real increase in costs for the performance of these additional tests. If these changes entail savings for the Supplier, the Supplier agrees to pass the savings to PLASMA COMPANY.

2.5    The Plasma will be picked up at the Donor Center by a carrier designated by PLASMA COMPANY on' PLASMA COMPANY's own expenses. The passing of ownership to PLASMA COMPANY will occur when the Plasma leaves the Donor Center premises.

2.6    The terms of payment are 15 (fifteen) days from receipt of Invoice at PLASMA COMPANY.

2.7    Plasma collected in centers prior to FDA licensure:

EXHIBIT 22

For each liter of Plasma collected in Baxter International - audited and approved new Donor Centers prior to FDA licensure, and later on supplied to PLASMA COMPANY, PLASMA COMPANY will pay 90% (ninety percent) of the agreed annual Plasma price based on invoices issued by Supplier. The remaining 10% will be paid by PLASMA COMPANY within 30 (thirty) days of the FDA granting Source Plasma Licensure. The terms of payment are 15 (fifteen) days from date of Invoice.

2.8     The Plasma will be picked up at the Donor Centers by a carrier designated by PLASMA COMPANY at' PLASMA COMPANY's own cost. The passing of ownership to PLASMA COMPANY occurs upon Plasma leaving the Donor Center.

2.9     The PLASMA COMPANY, agrees to provide USD $1 MM, as a show of goodwill, upon initiation of this contract. This sum of money shall be used for the purposes of achieving FDA pre-licensure. Within 1 (one) working day from the signing of this contract by all parties, the PLASMA COMPANY will transfer $1 MM to CPPC's business account at Ameris Bank.

## Article 3.     Donor Centers

3.1     Plasma Supplier hereby warrants that all Donor Centers supplying Plasma under this Agreement will enter into a direct Standard Quality Assurance Agreement with PLASMA COMPANY and fill in the required forms as attached hereto as Appendix 2.

3.2     Plasma Supplier further warrants that he will grant PLASMA COMPANY maximum support in having the Standard Quality Assurance Agreement signed and implemented.

3.3     Whereas PLASMA COMPANY undertakes to carry out audits with each Donor Center within 3 (three) months from the date the Donor Center is opened for donors and starts plasma collections.

3.4     Plasma Supplier accepts that PLASMA COMPANY may, with advance written notice and agreement between both parties, exclude any Donor Center as a supplier of Plasma if the Standard Quality Agreement is not fulfilled or if any changes or amendments required by PLASMA COMPANY in order to fulfill effective guidelines and regulations issued by national or EU authorities.

3.5     Plasma Supplier is jointly and severally liable with the Donor Center for the fulfillment of the current Standard Quality Assurance Agreement.

## Article 4.     Force Majeure

4.1

Unforeseen breakdowns like strikes, lockouts, transportation disturbances, official dispositions, especially prohibitions of use for Plasma of such origin because of epidemics, or similar and other cases of Force Majeure release the

EXHIBIT 23 concerned party from its obligations of the production, delivery or purchase of Plasma under this agreement and other circumstances of similar nature that cannot be overcome by the affected party by due diligence.

4.2 The Parties agree to give immediate written notice if such disturbances arise. The Parties agree that they will endeavour to reduce the effects of the disturbances

4.3 The Parties agree not to lay claim to supplementary production, delivery or purchase for failing quantities of Plasma caused by such disturbances. The Parties will jointly verify if the failing quantities could wholly or partly be produced, delivered or purchased at a later period.

### *Article 5.* **Term and Termination**

5.1 This Agreement shall be valid and binding until December 31, 2020. A revised contract must be agreed upon 6 (six) months prior to this date. If a contract is not agreed up by midnight on December 31, 2020, this agreement is subject to automatic renewal for 1 (one) year periods in perpetuity, or at the discretion of the *Supplier* at the base rate of USD \$200 per liter. Testing and shipping fees will be incurred in addition to this base liter charge.

5.2 The Agreement may be terminated by either party at any time in accordance with the applicable law for due and sufficient cause.

### *Article 6.* **Specifications**

The Plasma supplied hereunder shall conform to all current applicable US - FDA directives, to the European Pharmacopeia Monograph for Human Plasma for Fractionation. Furthermore, the Plasma shall be supplied in accordance with the respective Standard Quality Assurance Agreement, that is an integral part of this Agreement, yet to be signed separately by the Supplier and each Donor Center, and, if necessary, will be modified.

### *Article 7.* **Liability**

Supplier shall be liable that the Plasma conforms to the specifications as per Article 6 here above. In case the Plasma should not conform to the required specifications, Supplier shall not supply PLASMA COMPANY with such Plasma.

### *Article 8.* **Venue / Applicable Law**

All disputes arising in connection with this agreement shall be finally and exclusively settled under the United States Rules State of Georgia. The domicile of such arbitration court shall be the city of Atlanta, Georgia USA. The language of the proceedings shall be English. The presiding arbitrator shall have the right to request from the Plasma Supplier the designation of a person in the State of Georgia to receive for it and on its behalf service of process. If either party fails to designate such person, the arbitration court shall designate such person and the service of process to such person shall be valid affected for such party, at such party's cost. Applicable law shall be USA law. The

decision of the arbitration shall be final and binding and shall be enforceable by any court having jurisdiction.

EXHIBIT 24

### *Article 9.*  **General**

9.1  Changes, supplementations and notice of this Agreement requires written form for theirs effectiveness. This applies also for the cancellation of the written form requirement.

9.2  If 1 (one) or several provisions of the contract are or will become ineffective, the parties commit to replace the ineffective provisions by other effective provisions, which are similar to the ineffective provisions in an economic success so the parties can reasonably accept that both parties had made a contract also with this clause.

9.3  If such a rule cannot be found, the ineffectiveness of one or more provisions don't have consequences for the validity of the whole contract, except the ineffective provisions have an essential meaning so that the parties wouldn't have accept the contract without the effective provisions.

9.4  This Agreement is considered as unrestricted to all successors in interest of the parties. A whole or partial transmission of rights and obligations from the contract to third parties or subsidiaries requires the agreement of the other party, exceptional the transmissions takes place in connection with a business assumption.

9.5  This Agreement suspends all existing Plasma Supply Agreements between PLASMA COMPANY and the Plasma Supplier, if any.

9.6  This Agreement has been prepared and signed in 2 (two) originals, both of equal validity. Each Party shall receive 1 (one) signed original copy.


IN WITNESS WHEREOF, the authorized representatives of the Parties have signed this Agreement on the day of October 2, 2015 in the State of Georgia, USA.


**PLASMA COMPANY**                 **C.P. Plasma Center, Inc.**
Mr. John Doe                       Mr. Furquan R. Stafford, Sr.
Executive                          Chairman & CEO



_____            _____

**Date:** **Date:**
**NOTE: ALL APPENDICES (2 – 2d) SHALL BE SUPPLIED BY (*PLASMA FRACTIONATOR*)**

Appendices:

EXHIBIT 25

Appendix 1:       List of Donor Centers under construction or planning

Appendix 2:       Standard Quality Assurance Agreement

Appendix 2a:      General Information Form

Appendix 2b:      Form Epidemiological Data Report with description

Appendix 2c:      Form "Look Back Notification" and for "Deviation Reporting"

Appendix 2d:      Form for testing certificate

# *Haemonetics®*

EXHIBIT 26

*Partnering for Life*

*Haemonetics Overview and Plasma Division Business Planning for New Customers*

*2009*

**HAEMONETICS®**

# *Haemonetics Plasma Division*
## *Mission Statement*

EXHIBIT 27

**Enable our customers to source safe and cost-effective plasma proteins by providing comprehensive and integrated products, services, and information technologies**

**HAEMONETICS®**

# Customer Business Planning
## Critical Success Factors to Consider

- Agreement with a purchaser of plasma products

- An industry experienced quality system to manage governmental regulations

- Information Management System to meet regulatory requirements and maintain compliance

- Financial backing to cover start up and operating costs in the millions until the center is licensed

EXHIBIT 28

**HAEMONETICS**®

# *Our Products – The PCS2*

The PCS2 system is Haemonetics' latest technology for the collection of plasma and flexible protocols. The system is compact, lightweight, and user-friendly with built-in safety features. These include:

- Self-loading pumps

- Automatic priming

- Comprehensive error and diagnostic messages

- Advanced optical sensors

- Minimal Alarms

- The system is engineered for safety with: redundant alarms, donor line pressure monitor, low ratio of anticoagulant, fluid sensor, and enclosed centrifuge well

EXHIBIT 29



HAEMONETICS®

# What is Blood Plasma?

EXHIBIT 30



Whole Blood

44% Red Blood Cells

1% White Blood Cells

55% Plasma

# What is Blood Plasma?

EXHIBIT 31



Plasma

92% Water

7% Proteins

1% Salt

Morgan Stanley

EXHIBIT 32

March 20, 2012

## Medical Technology

# The Day After Alzheimer's

### Investment conclusion

IVIG in Alzheimer's is the biggest plasma catalyst in years. If Phase III data is positive in 1H13, we see potential upside of 15-20% for Baxter, 80%+ for Grifols, and 30-35% for CSL. We'd own BAX and GRFS into the data, but commercialization may be more complicated than consensus appreciates.

### Where we differ

We focus more on the operational and commercial implications given a successful AD trial than the probability of clinical success. Practical considerations in executing on the (very large) opportunity, include (i) large capital investments in 4-5 year projects to build capacity (ii) challenges of potentially recruiting millions of new donors, and (iii) lower profitability of single-product production. The most crucial variable may be IVIG price.

### What's next

Phase III data releases from J&J/Pfizer's bapineuzumab (mid-2012) and Lilly's solanezumab (3Q12) will be catalysts with read-through to IVIG.

## Risk-Reward Is Skewed to the Upside, Particularly for Grifols



Source: Morgan Stanley Research

MORGAN STANLEY RESEARCH
North America

Morgan Stanley & Co. LLC

David R. Lewis
David.R.Lewis@morganstanley.com
+1 (1) 415 576 2324

James Francescone
James.Francescone@morganstanley.com
+1 (1) 212 761 3222

Morgan Stanley & Co. International plc

Karl Bradshaw
Karl.Bradshaw@morganstanley.com
+44 (0)20 7425 6573

Morgan Stanley Australia Limited

Sean Laaman
Sean.Laaman@morganstanley.com
+61 2 9770 1559

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

**For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.**

*= Analysts employed by non-U.S. affiliates are not registered with FINRA, may not be associated persons of the member and may not be subject to NASD/NYSE restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

Probabilities for the scenarios in this presentation are illustrative, and are assigned subjectively based on our assessment of the relative likelihood of each scenario.

Morgan Stanley

EXHIBIT 33

## Summary And Conclusions: Alzheimer's is a Potentially Transformative Event

### Alzheimer's is the largest potential catalyst in the plasma space in years

- Our analysis suggests strong clinical results could drive 15-20% upside for Baxter and 80%+ upside for Grifols, with more bullish scenarios driving even stronger performance

- Assuming 75% odds of total failure, we estimate the current NPV of Alzheimer's program at ~$2.50 per share for Baxter and ~€3 per (Class A) share for Grifols.

- If the trial were to successfully meet its primary endpoints, we estimate this value would increase to $10 for Baxter and ~€13 for Grifols.

**Risk-Reward Is Skewed to the Upside, Particularly for Grifols**



Source: Morgan Stanley Research

**WW IVIG Market Today: Top Three Players Control ~75% of $6.0-6.5 Billion Market**



Source: Morgan Stanley Research

2

Morgan Stanley

EXHIBIT 34

# Significant Capital Investments Required for New Capacity

## Fractionation and purification are most expensive and take 4-5 years to build

- Driving 1% penetration into the US AD market would increase industry fractionation/purification capacity by ~25%

- This could cost $400-500 million in capital expenditures

## Collection centers add up, too

- Increasing plasma volumes 25% could require $150-200 million in new collection centers

- Capital costs per center are relatively low at $1-2 million each, but this could require more than 150 new centers

- Each center could take 2-3 years to open considering regulatory and training requirements

**1% US Market Penetration Would Require Fractionation Capacity to Increase 25%....**

Global Fractionation Capacity (Millions of Liters)



Source: Morgan Stanley Research

**....And Over $600 Billion in Total Capital Expenditures**

Capex For 1% US AD Penetration (7 mn liters) ($MM)



Source: Morgan Stanley Research

10

Morgan Stanley

EXHIBIT 35

MORGAN STANLEY RESEARCH
The Day After Alzheimer's
March 20, 2012

## Finding New Donors May Be More Difficult Than Building New Plants

**Recruiting new plasma donors could be biggest operational challenge of AD commercialization**

- Supporting one Alzheimer's patient would require 12 donors donating twice a month
- 1% AD penetration could require the number of US donors to increase ~40%

**Additional supply may have to come from US source donations**

- US is one of the few jurisdictions in which compensation for plasma donations is allowed
- Recovered plasma is a byproduct of whole blood donations, which should remain stable

**Fractionators might need to increase donor payments to recruit more donors, but this hurts margins**

- Doubling current compensation to $70 from $35 would reduce gross margins from ~30% to ~15%

**Over Half of Global Plasma Supply Comes
From Compensated US Donors**

2012e Plasma Supply Volumes (Millions of Liters)



Source: Morgan Stanley Research

**1% AD Penetration Requires Number of US
Plasma Donors to Increase ~40%**

Number of US Plasma Donors (000's)



Source: Morgan Stanley Research

11



**C.P. Plasma Center, Inc.**
*"There's Life in the Blood"*
College Park, Georgia U  A
www.cpplasmacenter.org

January 14, 2013

***Sent -Via Email***

EXHIBIT 36

Federal Trade Commission
The Honorable Jonathan D.  Leibowitz - jleibowitz@ftc.gov
Chairman
600 Pennsylvania NW Ave Suite 340
Washington, DC 20580

RE: *U.S. Plasma Collection Industry*

Dear Chairman Leibowitz:

2013 is a year of promise and evolution.  I am sure that you are devising solutions to get
Americans on the permanent road to financial solvency.  It's time for us to analyze the relevancy
of the Antitrust and Unfair Competition Laws.  In addition, we need to look back at the Sherman
Antitrust Act and Clayton Antitrust Act.

The definition of the Antitrust and Unfair Competition Law – states that Competition law is
known in the United States as "antitrust law". The substance and practice of competition law vary
from jurisdiction to jurisdiction. Protecting the interests of consumers (consumer welfare) and
ensuring that entrepreneurs have an opportunity to compete in the market economy are often
treated as important objectives.  The Federal Trade Commission's competition mission is to
enforce the rules of the competitive marketplace — the antitrust laws.

The U.S. Plasma Collection Industry is a classic way for entrepreneurial Americans to climb the
economic ladder.  The problem is the barriers that are in place that has prohibited the entrance
into this market.

Patrick Robert of the Marketing Research Bureau Inc. has noted, "Therapeutic plasma proteins
[including Blood Plasma Proteins] remain essential lifesaving drugs for which there is still no
competitive drug."

Further research yields that Baxter controls 36 percent of the market, and CSL controls 24 percent
of the market.  The remaining manufacturers, Talecris, Grifols, and Octapharma, posses 23
percent, 7 percent and 5 percent respectively.  These barriers to entry often prohibit new startup
entrepreneurs like me from getting into the industry.

Entrepreneurship is the backbone of our economy and the above mentioned firms were once new
startups.  Unfortunately, they seemed to forget where they come from and they use their lobbying
power to ensure that no other companies are given leverage.  I realize that the true job creation
starts from the private sector and this why I write to you again.

EXHIBIT 37

The C.P. Plasma Center wants to be a part of the solution and what has stopped me dead in my tracks is the monopolization in my field. I am not asking that you punish these guys or tax them out of business. What I am asking is that you revisit these laws and provide legal review to make sure they are just. I am willing to sit on a panel, testify before Congress or the Senate and do whatever it takes.

Being that you are constantly busy, it's my intent to keep this letter brief. I can imagine the number of correspondences you receive daily. I do, however, request a phone conversation with you for five to ten minutes to discuss my research and solutions on this situation.

Thank you for your time and consideration. I look forward to continued dialogue and discussion on this matter.

Sincerely,

Furquan R. Stafford, Sr.
Chairman & CEO
C. P. Plasma Center, Inc. (CPPC)

Cc: JBrill@ftc.gov ; jthomasrosch@ftc.gov ; jrosch@ftc.gov ; mohlhausen@ftc.gov ; eramirez@ftc.gov ; rfeinstein@ftc.gov ; AFRIEDMAN@ftc.gov ; jperry@ftc.gov ; eric.h.holder@hq.doj.gov ; antitrust@ftc.gov ; antitrust.complaints@usdoj.gov ; AskDOJ@usdoj.gov ; Deeana.Jang@usdoj.gov ; james.cole@usdoj.gov ; delora.kennebrew@usdoj.gov ; ATR@usdoj.gov ; William.Baer@usdoj.gov



**Federal Trade
Commission**
Protecting America's
**Consumers** 1/2011

EXHIBIT 38

## FTC Challenges Grifols/Talecris Merger as Anticompetitive

### Settlement Requires Grifols to Divest Assets in the Plasma-Derived Drug Industry

The Federal Trade Commission will require Grifols, S.A, a manufacturer of plasma-derived drugs, to make significant divestitures as part of a settlement allowing Grifols to acquire a leading plasma-derived drug manufacturer, Talecris Biotherapeutics Holdings Corp.

The settlement is the latest FTC action taken to preserve competition and protect U.S. consumers from higher health care costs. It resolves FTC charges that Grifols' proposed acquisition of Talecris would be anticompetitive and would violate federal antitrust laws. As part of the settlement, Grifols will sell the Talecris fractionation facility in Melville, New York, and Grifols' plasma collection centers in Mobile, Alabama, and Winston-Salem, North Carolina, to Kedrion S.p.A. Kedrion is a manufacturer of plasma-derived products in Europe and other markets, and will be a new entrant in the U.S. plasma-derived products industry. Grifols also will manufacture three plasma-derived products for Kedrion for several years under a manufacturing agreement.

On June 6, 2010, Grifols agreed to acquire Talecris for approximately $3.4 billion in stock and cash. Grifols, headquartered in Barcelona, Spain, develops and manufactures human blood plasma-derived products, with facilities in Barcelona and Los Angeles. Talecris is based in Research Triangle Park, North Carolina, and also specializes in the development, manufacture, and worldwide sale of blood plasma-derived products.

As alleged in the FTC's complaint, Grifols' proposed acquisition of Talecris would be anticompetitive and violate federal law by lessening competition in the U.S. markets for three blood plasma-derived products:

- Immune globulin (Ig), which is used to treat, among other things, immune deficiencies and neurological disorders;
- Albumin, which is used to expand blood volume, prime heart valves during cardiac surgery, treat burn victims, and replace proteins in patients suffering from liver failure; and
- Plasma-derived Factor VIII (pdFVIII), which is used to treat bleeding disorders, primarily Hemophilia A and von Willebrand disease.

Each of these products must be approved by the Food and Drug Administration for sale in the United States. The FDA requires that they be made only from plasma collected in the United States and made at FDA-approved plants.

According to the FTC, Grifols and Talecris currently have approximately 8.4 percent and 22.8 percent of the U.S. Ig market, respectively, and their merger would leave only three meaningful manufacturers with nearly all U.S. Ig sales. In the market for albumin, the companies have U.S. market shares of approximately 13 percent each, and the acquisition would leave only four significant competitors. In the market for pdFVIII, Grifols and Talecris have 23 percent and 3.6 percent of the U.S. market, and after their merger there would be only three main competitors.

In its complaint, the FTC alleges that the acquisition of Talecris by Grifols would eliminate direct competition for the products in the three plasma-derived markets. With fewer competitors in the market, those remaining could more easily work together through coordinated interaction to reduce supply and raise prices for consumers.

The FTC's proposed settlement order is designed to remedy the alleged anticompetitive impacts of the transaction as proposed. It requires Grifols to: 1) sell the fractionation facility Talecris currently owns in Melville, New York, to Kedrion; 2) sell plasma collection centers to Kedrion; 3) sell Talecris' Koate pdFVIII business, including the Koate brand name in the United States, to Kedrion; and 4) manufacture private-label Ig, private-label albumin, and Koate for seven years for Kedrion to sell in the United States.

The proposed order will expedite the entry of Kedrion as an additional competitor into each of the three blood plasma-derived markets, making a potential industry-wide coordinated plan to raise prices more difficult. Kedrion's entry will limit he ability of the combined Grifols-Talecris to raise prices. As a significant provider of plasma-derived products outside the United States, Kedrion has the resources and ability to become an effective competitor in the U.S. market. The order's terms will ensure that Kedrion will have immediate access to these markets and will be able to supply Ig, albumin, and pdFVIII in the United States, adding to the available supply of these life-saving products.

The Commission vote approving the complaint and proposed consent order was 4-0, with Commissioner William E. Kovacic recused and Commissioner Julie Brill issuing a separate concurring statement. The proposed order will be published in the Federal Register subject to public comment for 30 days, until July 1, 2011, after which the Commission will decide whether to make it final. Comments can be submitted electronically here.

In her concurring statement, Commissioner Brill stated that whether to approve the proposed consent is a "close call." She noted past competition concerns in the industry and their detrimental effects on consumers, including safety-net providers who serve indigent and other at-risk patients. Commissioner Brill further stated: "I expect that the Commission, other federal and state agencies, and affected purchasers will closely monitor these markets" in the future.

**NOTE:** The Commission issues a complaint when it has "reason to believe" that the law has been or is being violated, and it appears to the Commission that a proceeding is in the public interest. The issuance of a complaint is not a finding or ruling that the respondent has violated the law. A consent order is for settlement purposes only and does not constitute an admission of a law violation. When the Commission issues a consent order on a final basis, it carries the force of law with respect to future actions. Each violation of such an order may result in a civil penalty of up to $16,000.

**Copies** of the complaint, consent order, and an analysis to aid public comment are available from the FTC's website at http://www.ftc.gov and also from the FTC's Consumer Response Center, Room 130, 600 Pennsylvania Avenue, N.W., Washington, D.C. 20580. The FTC's Bureau of Competition works with the Bureau of Economics to investigate alleged anticompetitive business practices and, when appropriate, recommends that the Commission take law enforcement action. To inform the Bureau about particular business practices, call 202-326-3300, send an e-mail to antitrust(at)ftc(dot)gov, or write to the Office of Policy and Coordination, Room 394, Bureau of Competition, Federal Trade Commission, 600 Pennsylvania Ave, N.W., Washington, DC 20580. To learn more about the Bureau of Competition, read Competition Counts. Like the FTC on Facebook and follow us on Twitter.

**MEDIA CONTACT:**

Mitchell J. Katz
*Office of Public Affairs*
202-326-2161

EXHIBIT 39

**STAFF CONTACT:**

Jeffrey Perry
*FTC Bureau of Competition*
202-326-2331

(FTC File No. 101-0153)
(Grifols-Talecris.final)

**E-mail this News Release**
If you send this link to someone else, the FTC will not collect any personal information about you or the recipient.

Related Items:

*In the Matter of* **Grifols, S.A., a corporation, and Talecris Biotherapeutics Holdings Corp., a corporation**
Docket No. C-4322
FTC File No. 101 0153

Last Modified: Wednesday, June 1, 2011

Children Obtain FREE
Bone Marrow
Transplant in Italy




*Plasmapheresis* filled
with untapped
promise - CPPC Boss
Furquan Stafford Sr

# AFRICAN

# SICKLE CELL

Www.scdjournal.com

# NEWS & WORLD REPORT

| April - June 2012 | ISSN 2141-1093 | Vol 4 no 2 | N300 |



EXHIBIT 40

**RESEARCH
ARTS
INTERVIEWS
HELP
& ADVICE**



**One Year After
Transplant, Nigeria's First
Adult Bone Marrow
Recipient Awaits Verdict**

**ALL
ABOUT
BONE
MARROW
TRANS-
PLANT**

**PAllen Jones:**
Why *I Only
Cry At Night*

Desperate Couple Begs Laboratory Scientist To Falsify Lab Result!

# Psychotherapy For SCD



ASTYMIN
...Stay Healthy

ASTYMIN
• Combats stress
• Helps the body fight illness
• Quickens recovery from ill-health
• Speeds up physical and mental growth in children

MOST
TRUSTED
BRAND



Stafford Sr

# *PLASMAPHERESIS:* The Reverend Gentleman Who Found His Calling In Life

EXHIBIT 41

Reverend Fourquan Stafford Sr, 39, studied Pre-Nursing at McCook Community College, Nebraska and Nursing at Texas Southern and Georgia State Universities. After working in the plasma industry for a few years he established the C.P. Plasma Center, Inc., and soon transformed it into one of America's top plasma companies. He speaks with **Fatai Sulayman** on the usefulness of plasma for various health conditions.

**It's not as if there were no companies doing *plasmapheresis* before you got into the picture. When and why did you establish the CP Plasma Centre?**

I started working on CPPC back in 1994 when I was a phlebotomist at the American Plasma Company, Inc. in Houston, Texas. I would come in early and stay late studying the SOP (Standard Operating Procedures) and other materials as it relates to the operation of a FDA-licensed plasma collection center. I worked in various positions (Lab Tech, Receptionist, and Processor) to learn the fundamentals of operating a plasma center. I discovered that African-Americans were the face of plasma donations and there has never been a single plasma center owned by an African-American. It was then that I became inspired and knew from God that this was my purpose and calling in life.

**Tell us more about *plasmapheresis* and its use in improving human health.**

*Plasmapheresis* is the removal of blood plasma from the blood circulation. It is a medical procedure which is performed outside the body. After plasma separation, the blood cells are returned to the person undergoing treatment, while the plasma, which contains the

antibodies, is first treated and then returned to the patient in traditional *plasmapheresis*. During *plasmapheresis*, blood is initially taken out of the body through a needle. The fundamental necessity for collecting quality plasma is collection from a healthy population and storing it quickly in a freezer. After testing, the frozen plasma is then manufactured into a variety of plasma-based treatments. Human plasma is rich in a number of proteins. Proteins extracted from plasma, including albumin, clotting factors, immunoglobulins are used to make therapies that treat genetic diseases such as hemophilia, acute conditions such as burns, shock, fighting certain cancers including leukemia, and those who have had a bone marrow transplant. Plasma protein therapies are used during cardiopulmonary bypass surgery and to treat pediatric HIV and soon sickle cell.

**How does it feel to be the first African-American to establish a plasma center?**

The plasma collection industry is a tough regulated industry. My goal is to exceed FDA expectations, build a profitable business and produce a quality product. As long as the globe continues to turn there will always be a need for blood and plasma products.

However, there are many African-Americans who have accomplished more, who are more talented, experienced, and more educated than I am.

**How risky is it to donate plasma? Are there any limits to the usefulness of *plasmapheresis* in alleviating the human health condition?**

Donating plasma is safe. Each donation is done with a new sterile needle, harness and bowl. Medical experts and industry insiders are continuing to discover new medical uses for plasma that is prolonging the lives of people worldwide. Our watchword at CPPC is '*There's Life in the Blood*'. It comes from a biblical passage; Leviticus 17:11 - 'For the life of the body is in its blood.'

**African-Americans are not renowned for being great whole blood donors. Is it the same experience with donating plasma?**

African Americans are last at whole blood donations because donating whole blood is for volunteers. They are first in plasma donations because

*Continued on page 23*

# Interview with C.P Plasma Boss *Continued from page 11*



of ready cash. Plasma donors are paid about $22 each time and you can donate two or three times a week.

In 2011, May 19 of every year was declared *Rev Furquan Stafford Day* in the Fourth Congressional District of Georgia in recognition

of the important work you are doing. How are you planning to mark the first anniversary?

Prayer and a slice of carrot cake with family. I have learned to just flow with life because God's plan is always unforgettable.

How do you compare American and African governments' handling of the sickle cell problem (in terms of research/public enlightenment and provision of social services to citizens with sickle cell)?

There have been improvements in each government's response to sickle cell. But there is always room for improvement, especially in the area of funding for R&D. I also believe that professional athletes and entertainers of African descent should become more active in raising funds and awareness.

You had a fairly rough childhood. Yet it toughened and prepared you for who you are today. What advice do you have for people going through rough times of any sort?

If rough times, bitterness, resentment or anger is what you are struggling with today, read Joseph's story in the Bible and learn from his courage. God has a blessing waiting for you at the end of your trials.

> 'I believe professional athletes and entertainers of African descent should become more active in raising funds and awareness'

---

## Plasma Exchange Good For Critically Ill Sickle Cell Patients

*Boga C, Kozanoglu I, Ozdogu H, Ozyurek E. Source: Department of Hematology, Baskent University Faculty of Medicine, 06490, Ankara, Turkey*

Red cell exchange transfusion is the recommended therapy for patients with sickle cell disease who have complicated vaso-occlusive episodes. However, the role of the therapeutic plasma exchange in the management of the potentially life-threatening complications in patients with (SCD) is not well known.

To determine whether plasma exchange had a cumulative effect on the red cell exchange in patients with

SCD who developed multi-organ failure during the post red cell exchange period, we performed plasma exchange in the nine episodes of multi-organ failure of 7 patients with sickle cell anemia. The median age of those patients was 21 years (range, 9-50 years). The criterion of the multi-organ failure was defined as organ failure of two or more organs i.e. lung, liver, or renal, established according to *Acute Physiological and Chronic Health*

*Evaluation-II* (APACHE-II) criteria. The average total plasma exchange volume was 1.0 times the patient's plasma volume.

The patients had a good outcome, with a survival rate at 86% after one year of follow-up. Plasma exchange may have cumulative benefits in the treatment of severe illness in patients with SCD underwent automatic red cell exchange therapy.

---

## Takes Two To Tango

*Rich and famous people stay in hotels and find it irresistible to filch. The boss of a public institution talked a hotel maid into keeping quiet about the unopened hotel wine he hid in the drawer. She acquiesced but later changed her mind and threatened to report to security. Afraid the matter would damage his reputation, Mr. Jack fled, in the process leaving behind his phone.*

*Having had a rethink, the maid decided not to report the matter, but took Mr. Jack's phone as a trophy. Again she decided to return the SIM card but not the phone itself. She sent this message with the SIM.*
*'Dear Damaging Director, please confirm you got your SIM card back.'*
*He replied, 'That makes the two of us!'*

feauture



EXHIBIT 43

# BLOOD MONEY: Furquan Stafford's Journey to Seek Color in the Blood Plasma Industry Continues

## BY DOMINIQUE HUFF

A frican Americans have always played a significant role in the foundation of the United States of America. Our community is a significant contributor to the economy on many levels from consumer buying power to business ownership. When one thinks of black entrepreneurship, the blood plasma field probably escapes the mind of most.

The late Dr. Charles R. Drew (1904-1950) was the first African American who developed the procedure for extracting blood plasma. Dr. Drew's system for the storing of blood plasma revolutionized the medical profession. He also established the American Red Cross blood bank, of which he was the first director, and he organized the world's first blood bank drive, called "Blood for Britain."

members were used as testing subjects for many medical procedures.

He also ran a profitable prison blood plasma collection operation. Dr. Stough's plasma studies were experimented on black prisoners, raising concerns of racism. Dr. Stough was expelled several times from hospitals and prisons after his experiment caused the death of black inmates who died from a variety of diseases and netted millions of dollars in profits.

Today, the U.S. Plasma Collection industry has become a multibillion dollar industry globally that relies on the

In 1941, the American Red Cross announced that it would no longer accept blood donated by blacks because "white men in the service would refuse blood plasma if they knew it came from Negro veins." Dr. Drew donated his blood and when it was segregated he resigned from the American Red Cross in protest. The United States military segregated blood supplies until 1949; the American Red Cross did so until 1950.

*Time Magazine* reported in July 1963 that a drug trial program at the Oklahoma State

Penitentiary was being "drastically overhauled." The prison's medical director, Dr. Austin R. Stough was paid an estimated $300,000 annually by pharmaceutical companies to use African American prisoners as guinea pigs. During the era and previously, the African-American community

plasma production in the United States which African Americans donates the bulk of that production. Grifols of Spain; Baxter International of Deerfield, Ill.; Biotest AG of German; CSL of Australia; Kedrion Spa of Italy; and Octapharma of Switzerland are the global manufactures of plasma products. These companies now own most of their own U. S. plasma collection centers instead of buying plasma from independent collectors which raises concerns about the U.S. antitrust laws, moral and ethnic issues.

Meet Furquan R. Stafford, Sr., a budding entrepreneur in the blood plasma business.

While others wait to work; he has worked while he is waiting for his opportunity to enter into the U.S. Plasma Collection industry. Stafford wants to turn his dream into a

*Dr. King Birthday Issue*



reality. Blood in his body and blood on his mind, he is on a mission to become the first African American to own and operate his own plasma center (C.P. Plasma Center, Inc.)— A center built by blacks in the black community for the purpose of processing blood plasma.

The C.P. Plasma Center objective is to explore the field of plasma proteins to manufacture and supply high quality remedial treatment that elevates and extends the lives of patients throughout the world.

The medical procedure at C.P. Plasma Center is called Plasmapheresis. During plasmapheresis, blood is initially taken out of the body through a sterile needle in the arm. Plasma is then removed from the blood by a cell separator (Plasma Collection System II). Plasma is the clear liquid portion of the blood that remains after the removal of red cells, leukocytes and platelets. It is made up of water, salts, enzymes, antibodies, and other proteins. It is the starting material for a wide range of lifesaving medicines. The center wants to assist in combating Sickle Cell, Hemophilia, Alzheimer's disease, Pediatric HIV and ensuring that donors are treated with respect not as commodities.

Stafford hopes to galvanize Black America to pull its resources and influences together to bring awareness about foreign companies building their companies from the blood of African Americans. Not long ago it was separated but today

it has become "BIG" business? Yet not one is owned by an African American!

Noted people such as Congressmen John Lewis and the Rev. Jesse L. Jackson, Sr. have endorsed and wrote letters of support for Stafford's vision and in 2011 Congressman Henry C. "Hank" Johnson, Jr. submitted a Proclamation in the U.S. House Of Representatives honoring Stafford's pioneer work in the U.S. plasma industry. Stafford has caught the attention of various media outlets nationally and in Brazil. Nigeria has also expressed interest in his historic venture.

An issue that Stafford continues to combat is racism and discrimination in the industry, he says. His fight has even gone to Washington, DC with correspondence to various federal agencies and the White House.

"The fact that there is a $12 million deal on the table and the only thing that's in the way of getting this deal done is a contract from one of the global manufactures," Stafford laments. "I believe that [these firms are] discriminating against me. I have provided information indicating that I am qualified and have resources to support the first African American owned plasma center." sclc



*Dominique Huff is the CEO/Founder of the Tenth Amendment Media Group. Dominique worked his way through the journalism sector by being one of the founders of the student newspaper at Camp Creek Middle School, editing several publications including the Signal at Georgia State University. Dominique prides himself in sharing the story of others through broadcasting, publishing and hospitality. He can be contacted at dhuff@tenthamendmentmedia.com.*

Furquan R. Stafford, Sr.

## RUBIN POSTAER & ASSOCIATES

*Supporting the dreams of all in search of equal employment opportunities, irrespective of race, creed, sex, age, disability, or ethnic background.*

*www. rpa.com*

## Burgess Pigment Co., Inc.
### Beck Boulevard
### Sandersville, Georgia

# Moldex Metric, Inc.
# Metric Products

10111 Jefferson Boulevard
Culver City, California

*Supports equal opportunity for all, regardless of race, creed, sex, age, disability, or ethnic background.*

Case 1:16-cv-02795-ELR Document 1 Filed 08/01/16 Page 66 of 102

EXHIBIT 45

# BloodPlasma=**BLACK HISTORY**

By: Rev. F. R. Stafford, Sr.
Chairman, President & CEO



African Americans occupy a unique niche in the history of America and in contemporary national life. The legacy of slavery and discrimination continues to influence social and economic standing. Resilience and forging of social ties have enabled many African Americans to overcome adversity. The distinct identity of African American background is rooted in the historical experience of the African American people. Slavery, slave rebellions, and the civil rights movements have shaped African American entrepreneurship, religious, familial, political, and economic behaviors. There are some qualities of African American perspicacity that were accentuated by the slavery period. The result is a unique and dynamic ethnicity that has had and continues to have a profound impact on mainstream American culture, as well as the culture of the broader world.



157th I.D.Red Hand

During slavery and segregation, most black slaves were denied formal education and in fact many laws were passed in the South prohibiting slave literacy in the aftermath of various slave rebellions. Nevertheless a small number of exceptionally talented blacks were able to obtain an education and, through their life's work, make significant contributions to American life.

Dr. Charles Richard Drew an Omega Man, a legendary member of Omega Psi Phi Fraternity, Inc. a luxuriant brotherhood; was born on June 3, 1904 in Washington, D.C. He was an African American medical scientist who developed ways to process and store blood plasma in blood banks. He directed the blood plasma programs of the United States and Great Britain in World War II, but resigned after a ruling that the blood of African Americans would be segregated. As the leading authority in the field, he organized and directed the blood-plasma programs of the United States and Great Britain in the early years of World War II, while also protesting to stop excluding the blood of African Americans from plasma-supply networks. Drew resigned his official posts in 1942 after the armed forces ruled that the blood of African Americans would be accepted but would have to be stored separately from that of whites. He died in 1950.

The American health care system is authenticated in the realization that the health care system has been founded on the stiffs of African Americans. Understanding the extent of the experimentation is important for comprehending the foundation of those "brave, sometimes vivid, medicinal achievements" occurred on African Americans and the poor. In other early experiments, Harvard University biochemist Dr. Edward Cohn injected 64 black prisoners with cow blood in a 1942 study sponsored by the U.S. Navy. Time magazine reported in July 1963 that a drug trial program at the Oklahoma State Penitentiary was being "drastically overhauled." The prison's medical director, Dr. Austin R. Stough, and his partner, Dr. Cranfill K. Wisdom, were paid an estimated $300,000 annually by pharmaceutical companies to use prisoners as test subjects. They also ran a profitable prison blood plasma operation; a similar program in the Arkansas prison system was the subject of an award-winning 2005 documentary called "Factor 8." The inmates at McAlester Penitentiary began lining up to participate in a medical

**f** C.P. Plasma Center, Inc.

# BloodPlasma=**BLACK HISTORY**

EXHIBIT 46

procedure called plasmapheresis (During plasmapheresis, blood is initially taken out of the body through a needle or previously implanted catheter. Plasma is then removed from the blood by a cell separator. Plasmapheresis is used as a therapy in particular diseases. It is an uncommon treatment in the United States, but it is more common in Europe and particularly Japan). Dr. Stough was expelled several times from hospitals and prisons after his experiment that caused the death of black inmates who died from a variety of diseases and netted millions of dollars in profits. As a measure of his grip on the market at about this time, a Government source calculated that Dr. Stough's plasma would produce 193,970 cubic centimeters of hyperimmune gamma globulin solution monthly. "With demand exceeding supply," a Government doctor wrote of the boom, "inquiries were made in other states concerning the possibility of opening plasmapheresis centers in other . . . prisons." Dr. Stough's plasma studies were experimented on blacks, raising concerns of racism. Dr. Stough founded Stough Enterprises Inc. in 1968. Michael Stough President and CEO of Stough Enterpises, Inc., states that today, blood plasma remains the core of the Stough family business.

Black History demonstrates that African American have been used for medical experimentation, segregation of blood/plasma and today, its blood is used to stimulate economic growth for foreign companies for which African Americans supplies the majority of plasma in the United States and reap no benefits; either social or economic? The United States plasma collection industry is a multi-billion dollar industry annually and maneuvers as a constricted oligopoly, with a high-ranking level of data communicating. The number of plasma collection centers has declined from 13 in 1990 to 9 in 2003 to 5 now. Baxter International of Deerfield, Ill.; Kedrion SpA of Italy; Biotest AG of German; CSL of Australia; Grifols of Spain; and Octapharma of Switzerland. These companies now own most of their own U. S. plasma collection centers instead of buying plasma from independent collectors. In 2004 Biotest AG formed a plasmapheresis joint venture with Darou Pakhsh Pharmaceutical Manufacturing Company "an Iranian company." Communications attempts have been made with the Bureau of Competition at Federal Trade Commission Antitrust Division of the Department of Justice about the anticompetitive business practices concerning the

control over the supply of (plasma) which is organized by a small number of plasma producers each of whom is able to influence prices and thus directly affect the position of competitors. My ambition is to expose the illegal business practices that have prohibited C.P. Plasma Center, Inc. from entering into this industry for the past 16 years.

Black History is C.P. Plasma Center, Inc.; that is why I am confident in its success! C.P. Plasma Center, Inc., is being established primarily as a social and medical service. C. P. Plasma Center, Inc. is a new business initiative that has its main objective, the collection, processing, and distribution of blood plasma, which consists of the clear liquid portion of blood, characterized by non-specific concentrations of antibodies which are used to manufacture many products that treat a variety of medical indications.

Finally, the actuality of Black History is about leaving a legacy that influences generations. The Freedom Symphony first movement for African Americans was the emancipation of slavery; the second movement was the end of legal segregation; the third movement was the enfranchisement of all Americans through the passage of the Voting Rights Act and lastly, the fourth movement of the Freedom Symphony for the African American community is financial empowerment and financial independence. Our inability to embrace this process of creating income means we do not have the capital to invest into the nonprofit organizations spirit; that are actually making our communities better places to live and grow up in.



**C.P. Plasma Center, Inc.**
*"There's Life in the Blood"*

C.P. Plasma Center, Inc.



**MOREHOUSE**
SCHOOL OF MEDICINE
*Department of Medicine*

December 2, 2013

Consejo Cultural Mundial
A.Postal 10.1083
Col. Lomas de Chapultepec
C.P. 11002 México, D.F.
MEXICO.

EXHIBIT 47

To Whom It May Concern,

It is my pleasure to nominate Furquan R. Stafford Sr., the founder/CEO of C.P. Plasma Center, Inc., for the Albert Einstein World of Science Award for his tireless efforts to eradicate the racial, health and economic disparities in the human blood plasma industry. I have known him since the year 2000, when he approached me about assisting with C.P. Plasma Center.

Mr. Stafford has expended his energy in establishing a plasma center after noting minorities have been the highest volume of plasma donors without benefits economically. He has further educated multiple local and regional offices on the importance of plasma in health care research and treatment of diseases.

For Mr. Stafford's efforts in educating vast audiences about plasma significance in research and treatment of diseases, encouraging plasma donations and tireless efforts to establish C.P. Plasma Center, Inc, I nominate him for the Albert Einstein World of Science Award.

Sincerely,

Marvin L. Crawford, M.D., M.Div., FACP
Associate Professor of Clinical Medicine
Director of Student Medical Education
Department of Internal Medicine

*MLC/kms*

**JOHN LEWIS**
5TH DISTRICT, GEORGIA

SENIOR CHIEF DEPUTY DEMOCRATIC WHIP

COMMITTEE:
**WAYS AND MEANS**

SUBCOMMITTEE:
HEALTH

COMMITTEE:
BUDGET



## Congress of the United States
### House of Representatives
### Washington, DC 20515–1005

**WASHINGTON OFFICE:**
343 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-1005
(202) 225-3801
FAX: (202) 225-0351

**DISTRICT OFFICE:**
THE EQUITABLE BUILDING
100 PEACHTREE STREET, N.W.
SUITE # 1920
ATLANTA, GA 30303
(404) 659-0116
FAX: (404) 331-0947

October 27, 2003

EXHIBIT 48

Mr. Jan Bult
President
Plasma Protein Therapeutic Association
147 Old Solomons Island Road, Suite 100
Annapolis, Maryland 21401

Dear Mr. Bult:

Enclosed please find a letter from my constituent, Mr. Furquan Stafford, regarding diversity in the blood plasma industry.

Mr. Stafford's letter states that, while African-Americans provide the vast majority of blood plasma to the plasma protein industry, African-Americans are not well represented among plasma providers and PPTA Source Members. The letter also questions whether there are any diversity programs or minority initiatives within the blood plasma industry and, if not, whether other steps are being developed to encourage greater minority participation in the industry.

I would appreciate learning more about this matter. Please provide my office information regarding minority participation in your organization, diversity programs instituted by your members, and any other efforts regarding minorities. Kindly respond to my District Office in Atlanta.

Thank you for your attention to this matter.

Sincerely,

John Lewis
Member of Congress

JL: gd



**ATLANTA BUREAU**
Herndon Plaza 100 Auburn Avenue, Suite 103
Atlanta, GA 30303
Phone: (404) 525-1502 • Fax: (404) 525-2292

**National Headquarters**
930 East 50th Street
Chicago, IL 60615
Phone: (773) 373-3366
Fax: (773) 373-3571

**Detroit Bureau**
First National Building
660 Woodward Ave.
Suite 1433
Detroit, MI 48226
Phone: (313) 963-9005
Fax: (313) 963-9012

**Houston Bureau**
1600 Smith Street
Suite 3757
Houston, TX 77002
Phone: (713) 241-2040
Fax: (713) 571-0885

**LaSalle Street Bureau**
208 S. LaSalle Street
Suite 1277
Chicago, IL 60604
Phone: (312) 629-0500
Fax: (312) 629-2655

**Los Angeles Bureau**
5750 Wilshire Boulevard
Suite 650
Los Angeles, CA 90036
Phone: (323) 634-6300
Fax: (323) 634-6302

**New York Bureau**
Empire State Building
350 5th Avenue
Suite 2723
New York, NY 10118
Phone: (212) 425-7874
Fax: (212) 968-1412

**Silicon Valley Bureau**
2160 Euclid Avenue
East Palo Alto, CA 94303
Phone: (650) 323-7637
Fax: (650) 323-7639

**Washington, D.C. Bureau**
1002 Wisconsin Ave., NW
Washington, DC 20007
Phone: (202) 333-5270
Fax: (202) 728-1192

**Cleveland Bureau**
200 Public Square
Suite 2640
Cleveland, OH 44114
Phone: (216) 875-4866
Fax: (216) 875-4809

*June 2, 2010*

United States House of Representatives
Honorable Henry "Hank" Johnson
*4th District of Georgia*
1133 Longworth HOB
Washington, D.C. 20515

> EXHIBIT 49

Dear Representative Johnson:

Please accept this letter as my personal letter of recommendation for Furquan R. Stafford, Sr. and C.P. Plasma Center, Inc. I have known Furquan for more than ten years through the Rainbow PUSH Coalition (Peachtree Project) in our volunteer department. During this time, I have provided him with guidance and counsel concerning his C.P. Plasma Center, Inc. Furquan has a generous spirit and is a loyal, positive individual. Furquan is also an effective leader with exceptional potential that embraces all challenges in pursuit of new opportunities to expand his considerable skills.

Furquan's persistence and perseverance in his chase to become a medical pioneer in the US Plasma Collection industry is to be commended. I value all that he is doing to encourage African Americans to not only donate blood plasma, but to also contribute whole blood in the effort to deal with the awareness for the Sickle Cell Disease, i.e. Sickle Cell Anemia (SS), Sickle-Hemoglobin C Disease (SC), Sickle Beta-Plus Thalassemia and Sickle Beta-Zero Thalassemia. In addition, encouraging their participation will benefit our health care system.

According to Furquan, the *Global* Board members for the Plasma Protein Therapeutics Association (PPTA) headquarters are located outside of the United States; but rely totally on its plasma circulation from their privately owned chain of plasma centers throughout the United States to manufacture plasma products. African Americans provide the vast majority of blood plasma for the US Plasma Collection Industry and are not well represented amongst plasma providers in the business sector for this industry. Also, in his proposal and business plan which were presented to our organization, it is evident that Furquan has done his research and his proposal seems to be sound.

Furquan has the backing from the Civil Rights community, resources from credible corporations and individuals to assist him in the success of his company, C.P. Plasma Center, Inc. The political catapult from the U.S. House Committee on the Judiciary is needed to investigate the global boycott, monopoly, a moral and ethical issue that has prohibited C.P. Plasma Center from coming into fruition.

Thank you for your hard work and allowing me to serve with you.

Yours in progress,

Joe Beasley

Cc: Janice L. Mathis, Esq. – *Vice President,* Rainbow PUSH Coalition

Rev. Willie T. Barrow, Co-Chair of Board of Trustees • Dennis Rivera, Co-Chair of Board of Trustees
Rev. Jesse L. Jackson, Sr., Founder & President • Rev. James T. Meeks, Executive Vice President
Janice L. Mathis, Vice President • Billy R. Owens, Vice President for Finance
www.rainbowpush.org



**National Headquarters**
Community Services
**International Trade Bureau**
**LaSalle Street Project**
930 East 50th Street
Chicago, IL 60615
Phone: (773) 373-3366
Fax: (773) 373-3571

**Public Policy Institute &**
**Telecommunications Project**
727 15th St. NW
Suite 1200
Washington, DC 20005
Phone: (202) 393-7874
Fax: (202) 393-1495

**Wall Street Project**
5 Hanover Square
2nd Floor
New York, NY 10004
Phone: (212) 425-7874
Fax: (212) 968-1412

**Entertainment Project**
1313 8th Street
Suite 232
Los Angeles, CA 90019
Phone: (323) 734-3900
Fax: (323) 734-3913

**Technology Project**
560 20th Street
Oakland, CA 94612
Phone: (510) 869-2202
Fax: (510) 763-2680

**Peachtree Street Project**
Herndon Plaza
100 Auburn Avenue
Suite 101
Atlanta, GA 30303
Phone: (404) 525-5663 or 5668
Fax: (404) 525-5233

**Automotive Project**
First National Building
660 Woodward Avenue
Suite 1433
Detroit, MI 48226
Phone: (313) 963-9005
Fax: (313) 963-9012

**Energy Science Project**
2616 South Loop West
Suite 100 C
Houston, TX 77054
Phone: (713) 432-0209
Fax: (713) 218-7072

# NATIONAL HEADQUARTERS
930 East 50th Street
Chicago, Illinois 60615
Phone: (773) 373-3366  *  Fax: (773) 373-3571

November 7, 2012

Baxter International, Inc.
Mr. Robert L. Parkinson, Jr.
Chairman and Chief Executive Officer
1 Baxter Pkwy
Deerfield, IL 60015

EXHIBIT 50

RE: Corporate Inclusion

Dear Mr. Parkinson:

The Rainbow PUSH Coalition (RPC) objectives are to promote inclusion, opportunity, and economic growth by encouraging public and private companies to improve hiring and promotion practices; name more minorities to corporate boards; allocate more business to minority companies; and increase the amount of business minority firms conduct with each other and ensuring that entrepreneurs have an opportunity to compete in the market economy. We challenge corporate America to end its multi-billion dollar trade deficit with minority vendors, consumers, and employees. In the United States there is an economic and health disparity in the U.S. Plasma Collection industry. Blood plasma collection centers have long served as valuable resources for people suffering from medical problems controllable by a drug made from human plasma.

Unfortunately, though African Americans represent a large part of the engine behind this life-enhancing donation process, we are far from represented on the business side in this industry. The United States displays a severe lack of ethnic diversity in the ownership and operations of plasma collection centers. According to Mr. Furquan R. Stafford, Sr., a member of the Trade Bureau at Rainbow PUSH Atlanta and a metro Atlanta-based entrepreneur has brought attention to the RPC that he has not been able to identify a single plasma collection center owned and operated by an African American, despite the fact that the percentage of African Americans who donate plasma is unsurpassed by any other racial or ethnic group in our country.

Based upon the information provided to our office by Mr. Stafford it is evident that he has done his research and aligned himself with people in financing, government and plasma collections. The Rainbow PUSH Coalition is standing firm with Mr. Stafford to ensure that he and his company is given a fair opportunity.

Rev. Jesse L. Jackson, Sr., *Founder & President*
Martin L. King, *Chairman*
www.rainbowpush.org



# NATIONAL HEADQUARTERS

930 East 50th Street
Chicago, Illinois 60615
Phone: (773) 373-3366 * Fax: (773) 373-3571

EXHIBIT 51

**National Headquarters**
**Community Services**
**International Trade Bureau**
**LaSalle Street Project**
930 East 50th Street
Chicago, IL 60615
Phone: (773) 373-3366
Fax: (773) 373-3571

**Public Policy Institute &**
**Telecommunications Project**
727 15ᵗʰ St. NW
Suite 1200
Washington, DC 20005
Phone: (202) 393-7874
Fax: (202) 393-1495

**Wall Street Project**
5 Hanover Square
2ⁿᵈ Floor
New York, NY 10004
Phone: (212) 425-7874
Fax: (212) 968-1412

**Entertainment Project**
1313 8th Street
Suite 232
Los Angeles, CA 90019
Phone: (323) 734-3900
Fax: (323) 734-3913

**Technology Project**
560 20th Street
Oakland, CA 94612
Phone: (510) 869-2202
Fax: (510) 763-2680

**Peachtree Street Project**
Herndon Plaza
100 Auburn Avenue
Suite 101
Atlanta, GA 30303
Phone: (404) 525-5663 or 5668
Fax: (404) 525-5233

**Automotive Project**
First National Building
660 Woodward Avenue
Suite 1433
Detroit, MI 48226
Phone: (313) 963-9005
Fax: (313) 963-9012

**Energy Science Project**
2616 South Loop West
Suite 100 C
Houston, TX 77054
Phone: (713) 432-0209
Fax: (713) 218-7072

The solution to these urgent and widely recognized issues involves increased public awareness of the disparity to incite a breakup of the monopolization of blood plasma donation center ownership in the United States.

We appreciate your time and attention concerning this matter.

Sincerely,

Jesse L. Jackson Sr.

Rev. Jesse L. Jackson, Sr.

cc: Janice L. Mathis, Esq.
    Randolyn Jones

Rev. Jesse L. Jackson, Sr., *Founder & President*
Martin L. King, *Chairman*
www.rainbowpush.org

# Executive Summary

EXHIBIT 52

Plasma is a composite mixture of more than 700 proteins and other substances which are vital for the smooth functioning of the human body. Plasma is the liquid component of blood, constituting around 50% of the total blood volume. Plasma in itself is approximately 90% water, with the remaining 10% comprising of proteins, minerals, clotting factors, hormones, and immunoglobins. Plasma is the raw material for the extraction of various proteins which are used for their therapeutic values. Plasma proteins cannot be manufactured rather the same are obtained or collected from a large pool of donors.

With the swift progression in the field of biomedical/healthcare technology, companies operating in the healthcare/pharmaceutical/therapeutic industry are now surmounting in the respective realm. Also, on account of the escalating incidences of health related issues originating due to changing lifestyle and continuously changing surroundings, blood plasma industry's growth is augmented. In order to address the unmet medical needs related to blood disorders, autoimmune diseases and liver function impairment among others, associated companies are coming up with novel and improved treatment options like IVIG, albumin, clotting factors etc. which are derived from human blood plasma.

The blood plasma industry is highly regulated to ensure the safety of collected plasma and protect donors. The market is characterized by fast pace developments in the clinical technology and testing methodology. This report elicits the global blood plasma market with focus on segmental markets like IVIG, albumin and hemophilia market. Also the regions including the US and China are covered. Moreover, market dynamics like the key trends, industry developments, growth drivers and challenges are analyzed in detail.

Furthermore, the competitive landscape of the industry is highlighted. The rivalry prevalent in the global blood plasma market is quite fierce with numerous local and global players contenting for the market share. On the 8 billion dollar global front, the key players are:

1. CSL 27%
2. Grifols 25%
3. Baxter25%,
4. Octapharma 8%
5. Kedrion4%
6. LFB4%
7. Other 4%
8. Biotest3%

## Global Blood Plasma Market

EXHIBIT 53

The global blood plasma products market has undergone drastic changes from the early days when plasma products were considered unsafe and a threat which can result in spreading of diseases like HIV to a product which now helps in saving lives & treating bleeding disorders and helps people to lead a normal life.

The global plasma products market has more than doubled over the period 2000-08 as a result of increase in demand and prices of plasma products. The worldwide plasma supply has increased but not at the same pace as the demand for the plasma products. The global plasma products market has been segmented on the basis of plasma proteins like immunoglobulin, albumin, clotting factors and other proteins. The IVIG or Immunoglobulin market is the largest segment of the plasma products market having more than fifty percent share of the market. The IVIG and Albumin segment has been real drivers of the global plasma products market as they witnessed double-digit growth rate over the last few years.

The US is the largest market for plasma products consumption as well as in terms of supply of human plasma, as more than fifty percent of global plasma supply comes from the US. The US regulation which allows companies to pay the donor of plasma has significantly contributed towards the high supply of plasma from the US.

Among the emerging markets, China is the most potential target market for plasma products. The market has grown significantly over the last few years. The changes in the Chinese plasma product market have significantly contributed towards the global mismatch of demand and supply of plasma and plasma products.

Despite, challenges like stringent regulations, ensuring adequate supply of human plasma, the global plasma products market is all set to witness high growth in the coming years as a result of growing world population, increasing bleeding disorder patients, rising US heath expenditure and increasing per capita global GDP.



**CAPITOL CITY BANK**
TRUST COMPANY

EXHIBIT 54

June 11, 2009

Mr. Furquan R. Stafford,Sr.
2755 Ocean Valley Drive
College Park, Georgia 30349

Mr. Stafford:

Thank you for allowing us the opportunity to review your request for financing. Upon review of your presentation and proposal, we will seriously entertain funding up to 80% of your request, once you have secured the initial round of seed capital for your project and have a valid plasma agreement or contract.

In order for this to materialize, you will need to provide the additional 20% to complete the financing phase of your project.

Again, thank you for considering Capitol City Bank & Trust Company for your financing needs.

Sincerely,

Chador Adams, AVP



**C.P. Plasma Center, Inc.**
*"There's Life in the Blood"*
College Park, Georgia U A
www.cpplasmacenter.org

EXHIBIT 55

*Sent -Via Email*

February 17, 2011

**Federal Trade Commission** 
Division of Enforcement
Mr. Jon Leibowitz - jleibowitz@ftc.gov
*Chairman*
600 Pennsylvania Avenue, NW
Washington, DC 20580

**RE:** *FTC to address monopoly/discrimination methods in the U.S. Plasma Collection Industry*

Greetings Chairman Leibowitz:

Thank you for this opportunity to introduce myself. My name is Furquan R. Stafford, Sr., a budding entrepreneur in the creation and development of C.P. Plasma Center, Inc. (CPPC).

I am writing for your help and to urge The Federal Trade Commission (FTC) to act immediately on the issue of "monopoly/discrimination" methods in the U. S. Plasma Collection Industry. A legislative bill; be it enacted in concurrence with the FTC's competition mission and the Senate and House of Representatives of the United States of America in Congress, would create an atmosphere of ownership opportunities for African American businesses, thus eliminating existing racial and ethnic economic disparities. Thereby, creating efforts to address injustices related to the economics of plasma donations and its inequalities. This should apply to the private and public sectors.

For some time now (16yrs), I have been "doing the groundwork" to develop the first African American FDA licensed plasma collection center. It has not been an easy endeavor; however, I have no regrets. The importance in saving human lives led me, to research the historical background and origin of this product "blood plasma." In my research, I discovered blood plasma's developer Dr. Charles R. Drew, an African American like myself; also in the medical field; and was inspired to "take on the legacy" as it were, to become involved in the business of Blood Plasma distribution.

Mailing Address: 3560 Hunters Pace Drive, Lithonia, Georgia 30038        1

EXHIBIT 56

The U.S. plasma collection industry is a global multi-billion dollar business and supplies a high volume of all plasma as well as plasma products to nations across the globe. The Global members (*CSL Limited, Talecris Biotherapeutics, Inc., Biotest AG, Kedrion S.p.A, Grifols S.p.A, Octapharma Group and Baxter HealthCare*) do not demonstrate diversity inclusion, even though African Americans are the number one donors for this for-profit industry in the USA. The Global members control centers are located outside the U.S. Nevertheless, these companies rely totally on plasma donations in the U.S. to meet corporate objectives through a chain of privately own plasma collection centers in the U.S., eliminating entrepreneurship for a person of color. **Talecris merger wins backing - Technology - NewsObserver.com**

Since 1999, I have approached the Global members seeking a plasma agreement to get C.P. Plasma Center off the ground but too no avail. When diversity initiatives are incorporated into various industries, they (minorities) are incorporated without any level of influence. The question is whether or not there are any diversity programs and specific minority initiatives developed (or in the process of being developed) that reflects the majority donor population of blood plasma in the U.S. If not, what steps are being developed to ensure that minority plasma companies such as C.P. Plasma Center, Inc. is a part of the economic growth and decision-making opportunities both internally and externally?

I am not trying to create a political grandstand of any sort, but do feel an inclination that it is time to propel this growth effort to the next level. With The Federal Trade Commission support, I honestly feel that these organizations will be compelled to review their initiatives of minority representations. Thereby, creating efforts to address injustices related to the economics of plasma donations and its inequalities.

Attached to this electronic mail is supplemental information to assist in the process. In addition, I have two (2) current news articles circulating in Brazil. You may click on the icons below.

**afrobras**NEWS 

I would like to reiterate my appreciation for your time and efforts you expend considering this information.

Respectfully,

Furquan R. Stafford, Sr. - fstaffordsr@cpplasmacenter.org
Chairman, President & CEO
C. P. Plasma Center, Inc. (CPPC)

Cc: lfair@ftc.gov ; wkovacic@ftc.gov ; eramirez@ftc.gov ; trosch@ftc.gov ; rtritell@ftc.gov ; mchappell@ftc.gov ; wtom@ftc.gov ; sdesanti@ftc.gov ; rfeinstein@ftc.gov ; jbumpus@ftc.gov ; rdamtoft@ftc.gov ; drill@ftc.gov ;rdawson@ftc.gov ; prunco@ftc.gov



**C.P. Plasma Center, Inc.**
*"There's Life in the Blood"*

March 18, 2004

**CSL Limited**
Dr. Brian McNamee
Managing Director & CEO
45 Poplar Road
Parkville, Victoria 3052
Australia

EXHIBIT 57

Greetings Dr. McNamee:

The purpose of this letter is to briefly introduce myself as C.P. Plasma Center's Founder, Chairman, and CEO. I am delighted to send this introductory packet to you in hopes that you will deem it possible to initiate an opportunity for College Park Plasma Center, Inc. (CPPC) to embark in fair as well as equitable purchasing activities from CSL Limited.

I have just completed the groundwork efforts of building a stable corporation and am now keen to meet with CSL Limited. It would be my pleasure to demonstrate CPPC's capabilities and show you how the unique features of our company would benefit CSL Limited. You will immediately see the advantages. We are proud of our company and our commitment to excellence.

Accordingly, as a first step in my customer familiarization process, I would like for you to review the enclosed mini-CD as a means to understand the scope of CPPC and to identify just how committed national and local supporters are to this historic development.

To set up a meeting for this at your convenience, I propose to call your office in seven business days. It is my hope that we will be able to arrange a telephone conference by the end of this month.

Please call to set a telephone conference appointment at your convenience. I will make efficient use of your time to show how we can assist you in meeting your specific requirements and the significant savings you can realize by working with C.P. Plasma Center, Inc.

I look forward to meeting with you and learning more about your company in the near future.

Respectively Yours,

Furquan R. Stafford, Sr.
Founder, Chairman & CEO
C.P. Plasma Center, Inc.

---





**C.P. Plasma Center, Inc.**
*"There's Life in the Blood"*
College Park, Georgia U A
www.cpplasmacenter.org

EXHIBIT 58

*Sent -Via Email*

**October 21, 2009**

**The Honorable Johnny Isakson – Johnny Isakson@isakson.senate.gov**
*United States Senator*
United State Senate Georgia
One Overton Park
3625 Cumberland Boulevard, Suite 970
Atlanta, Georgia 30339 - USA

*RE: Legislative Bill to address monopoly/discrimination methods in the U.S. Plasma Collection Industry*

Dear Senator Isakson:

I am writing for your help and to urge Congress to act immediately on the issue of Monopoly/Discrimination methods in the U.S. Plasma Collection Industry. A legislative bill; be it enacted by the Senate and House of Representatives of the United States of America in Congress, would create an atmosphere of ownership opportunities for African American businesses, eliminating existing racial and ethnic economic disparities. Thereby, creating efforts to address injustices related to the economics of plasma donations and its inequalities. This should apply to the private and public sectors. Some minority groups have had a difficult and painful history in the United States such that the government had to come up with some way to level the playing field for those who were previously excluded from opportunities because of their race; *The 1964 Civil Rights Act.* For some time now (15 yrs), I have been "doing the groundwork" to develop the first African American owned Plasma Collection Center. It has not been an easy endeavor; however, I have no regrets. The importance in saving human life led me, to research the background and origin of this product "blood plasma." In my research, I discovered blood plasma's developer Dr. Charles R. Drew, an African American like myself; also in the medical field; and was inspired to "take on the legacy" as it were, to become involved in the business of Blood Plasma Distribution.

The practice of modern medicine relies on the availability of a safe and adequate blood supply, and the U.S. is fortunate to have a blood industry that provides both. For many years, people have suffered from a chronic deficiency in the immune system, and other medical deficiencies, which could be controlled by a drug, made from human plasma. Plasmapheresis is the process in which whole blood is removed from a plasma donor and separated into its component parts, including white and red blood cells, platelets and plasma, by Haemonetics Corporation; plasmapheresis collection machine (PSC2). The plasma is retained, while the other blood components are returned to the plasma donor's body. Blood plasma is a highly demand product that is collected at plasma centers throughout the United States. The U.S. plasma collection industry is a global multi-billion dollar business and supplies a high volume of all plasma as well as plasma products to nations across the globe. The Plasma Protein Therapeutics Association



EXHIBIT 59

(PPTA) is the voice for the Plasma Collection Industry. Its Global members (*CSL Limited, Talecris Biotherapeutics, Inc., Biotest AG, Kedrion S.p.A., Grifols S.p.A, Octapharma Group, Baxter HealthCare*) do not demonstrate diversity inclusion, although African Americans are the number one donors for this for-profit industry in these United States of America (USA). Five out of the seven Global PPTA members; control center are located outside the U.S. Nevertheless, these companies rely totally on plasma donations in the U.S. to meet corporate objectives through a chain of privately own plasma collection centers in the U.S., eliminating entrepreneurship for a person of color.

Since 1999, I have approached the plasma fractionators (PPTA Global Members) seeking a plasma agreement to get C.P. Plasma Center, Inc. off the ground but too no avail. When diversity initiatives are incorporated into various industries, they (minorities) are incorporated without power. I don't want to be incorporated out of power; I want to be incorporated into power.

I would like to reiterate my appreciation for your efforts on my behalf, related to the establishment of diversity initiatives within the U.S. Plasma Collection Industry. It is my hope that my concerns have initiated an opportunity for C.P. Plasma Center, Inc. (CPPC) to embark in a fair as well as equitable purchasing activity from the Plasma Protein Therapeutics Association (PPTA) global members.

Dr. Charles R. Drew's favorite quote to his students was to, **"*DREAM HIGH...*"** These very words are the motivating force behind Furquan R. Stafford, Sr. and C.P. Plasma Center, Inc. (CPPC) www.cpplasmacenter.org

Thank you for your attention to this critical issue.

Sincerely,

Furquan R. Stafford, Sr. — **FStaffordSr@cpplasmacenter.org**
Chairman, President & Chief Executive Officer
C. P. Plasma Center, Inc. (CPPC)
3560 Hunters Pace Drive
Lithonia, Georgia 30038
Direct: (770) 864-3422

**Attachments:** U.S. Plasma Collection Industry Contacts



EXHIBIT 60

# UNITED BY THE BLOOD:

African American researcher uses human plasma analysis
to address issues that plague the black community

Interview by: Daniela Gomes
Special Reporter- Brazil

Co-written and Copyedited by: Akilah S. Richards
Author, Freelance Writer – Atlanta, GA, USA

Article Design by: Voz Visual
www.vozvisual.com

After the African diaspora, black people all over the world have managed to remain connected in various ways despite the distance resulting from the slave trade. This connection is evidenced by observing the food, cultural and religious manifestations and in the similar social issues still experienced by the black population. Unfortunately, the connection is also made clear by the range of diseases that primarily affect African descendants.

In Brazil—a country whose black population represents about 50% of all citizens—the Sistema Único de Saúde (National Health System), which guarantees free medical care to all citizens, has joined the Secretaria de Políticas de Promoção da Igualdade Racial (Ministery for the Promotion of Racial Equality), to create a series of programs designed to improve the health of the country's black population.

Sickle Cell Anemia, a genetically transmitted disease that affects one in every 500 black Brazilians, and HIV/AIDS , are among the diseases the program will work to weaken. Despite Brazil being recognized as having one of the best programs to combat HIV/AIDS worldwide, its black population still is the most adversely affected.

Brazil hopes to make significant strides in the improvement of black people's health, and other countries are already making some progress. In the U.S., Mr. Furquan R. Stafford, Sr., owner of C.P. Plasma Center, is the first African American male to own a center where blood plasma from healthy donors is collected for manufacturing into medicine. Stafford works with the goal of finding treatments for diseases that are affecting the black population in particular. "All blacks should embrace this cause of plasma research," says an impassioned Stafford, "because it touches not only the African Americans, but African descendants through out the world."

Learn more by reading this exclusive interview where Mr. Furquan R. Stafford, Sr. talks about his career, plasma research, diseases affecting the black population, and more.



EXHIBIT 61



**Daniela Gomes** – You've led an interesting life. Tell us how you transitioned from a boy who grew up with social and financial hardships to a succesful business man?

**Mr. Furquan R. Stafford, Sr.** – The passion that I have to educate myself through books, people, conferences, and mentorship have been rewarding for me. Mentors like Birdel F. Jackson, III, who introduced me to guru business management author Jim Collins (Good to Great, Built to Last and How the Mighty Fall) have greatly influenced my life. These types of books, along with my studies in the computer lab at Georgia State University (GSU) gave me the opportunity to self-educate for about 10 years. I dropped out of GSU in 1997 but continued to use the campus for support. While others partied, I studied, and going to Georgia State was like a safe haven for me that I thoroughly enjoyed. Seeing people of all nationalities studying inspired me as well. The Rainbow PUSH Peachtree project in Atlanta, Georgia exposed me to a level that only a few will ever experience. I saw so many powerful black men and women. I studied how these people dressed, talked, walked and networked, and I utilized those observations.. My experience at New Birth Missionary Baptist Church in Lithonia, Georgia has a lot of influence in my development in becoming a successful businessman too. I observed Senior Pastor, Bishop Eddie L. Long and grew as a result of that. Two of the biggest impacts have been studying the History of African American antiquity; people of color who experienced slavery, segregation, discrimination, death threats and sacrifice their lives did extraordinary things in the United States of America, and walking the pavement, sending letters and emails, making cold phone calls and going to meetings. The rejections, disappointments and failures help me shape my presentation to get where it is today.

**Daniela Gomes** - How did you choose the health area and more specifically how did you start to work with plasma?

**Mr. Furquan R. Stafford, Sr.** – My mother has been in the healthcare profession for over 25 years, and her life was the catalyst for my direction to enter the Health arena. After graduating from Benjamin E. Banneker High School in College Park, Georgia, I was recruited to play junior college basketball at Coahoma Junior College in Clarksdale, Mississippi. Things didn't work out at Coahoma so I went into the library to look up Junior Colleges across the country. I came across Coach Trace Bevell who at the time was the Men's Basketball coach at McCook Community College. I contacted him, Coach Bevell talked to coach Washington at Coahoma and before I knew it, I had a scholarship to play in McCook, Nebraska. I became the first African American at McCook Community College in McCook, Nebraska to receive my Associate's degree in Pre-Nursing with the goal of becoming a registered nurse and paramedic. I transitioned to Texas Southern University and San Jacinto College, and after an internship in the Emergency Room and Fire Department in Houston, Texas, I began to change my mind about that career path. In 1994, American Plasma Center, Inc. Houston, Texas was my first real job after graduating from McCook. It's also the place where I fell in love with the plasma business and the entire process of collecting blood plasma. I would come in early and stay late reading manuals. I worked in every area of the plasma collection business except for upper management. As a junior nursing student, I transferred to Georgia State University in the summer of 1996 and took another job working at a plasma collection center. After being fired from Sera-Tec in Atlanta, Georgia, I realized I didn't have a desire to work for anyone and needed stability for the future of my family. That stability, I soon realized, would come from owning my own business, so three days later (Winter, 1997), I walked out of class at Georgia State University after I handed my test to the professor, and I haven't looked back since.

**Daniela Gomes** – How specifically can your efforts help black people around the world?

**Mr. Furquan R. Stafford, Sr.** - Sickle cell disease is an inherited blood disorder that affects red blood cells. From a medical point of view, Intravenous Immune Globulin (IVIG) is a human plasma based product that is currently in clinical trials in the United States. This disease affects people all over the world, and I'm honored to be a part of the research that may make this disease more manageable. The supposition is that IVIG from human plasma will act quickly to reduce uncomplicated acute pain flare-ups and thus pain scores, narcotic use, and length of hospitalization for sickle cell anemia patients. From an inspirational perspective, I hope my medical pioneer efforts in the U.S. Plasma Collection industry will inspire people of color around the globe to focus more in the field of Health and Science.

**Daniela Gomes** – Tell our readers about your 16-year mission.

**Mr. Furquan R. Stafford, Sr.** – Dr. Charles Richard Drew (1904-1950) the pioneer of Blood Plasma created the first American Red Cross mobile blood bank and is credited for saving lives through his plasma distribution to the injured soldiers in World War II. During that time was the era of segregation. African Americans were referred to the basement of hospitals to receive medical treatment and sometimes denied medical treatment because of the color of their skin. When Dr. Drew donated his blood, the American Red Cross separated his blood from the European American pool of blood donation. As an act of protest, Dr. Drew stepped down from his position with the American Red Cross.

Today we do not live in the segregated era, but African Americans are the number one donors for a multi-Billion dollar industry and are not represented in the business sector in this industry. My struggles over the past 16 years have been undertaken with the mission in mind to level the playing field for diversity inclusion. The Plasma Protein Therapeutics Association (PPTA) is the umbrella for the U.S. Plasma Collection Industry. It provides valuable regulatory information to meet FDA requirements and beyond. But does not have involvement with its Global Members daily operations. These Global members (Baxter BioScience, Biotest, CSL Behring, GRIFOLS,

Kedrion, Octapharma) are the stakeholders for the U.S. Plasma Collection industry. They control this industry and decide who enters. These companies have a chain of plasma collection centers in the United States, thus eliminating entrepreneurship in this particular arena for persons of color. I have spoken with Congressman John Lewis over the years and flew to the U.S. Capital to meet with his staff about a legislative bill. I've also contacted Senator Jonny Isakson but to no avail, and recently had a meeting with Congressman Henry "Hank" Johnson. The conclusion I've gathered from them all is that congress can do nothing about this situation because there was a bill passed by U.S. Congress to dissolve Affirmative Action.

What I find offensive and disrespectful to African Americans is that the United States government would allow the global members of this industry (whose headquarters /ownership is located outside of the United States) to control this industry on the backs of African Americans who receive mere crumbs for their life contributions. This is a form of modern slavery in my perspective. My company, C.P. Plasma Center, Inc. (CPPC) and I have been fighting for equality in this industry, but the results haven't been significant thus far. President Barack Obama represents change for this country and change is needed in this industry. CPPC and I aspire to become stakeholders in this industry, and that would certainly be a departure from the current norm. Dr. Charles Drew faced segregation in the 1940's, right up until his fatal car accident,. Contrary to urban legend, Dr. Drew was not denied blood plasma because of his race, but died from severe injuries resulting from the accident. In 2010 I face a Global Boycott--without a plasma contract from the Global Members of this industry C.P. Plasma Center, Inc. remains stymied.

**Daniela Gomes** - Brazil has been cited as having one of the developing world's most effective campaigns in the fight against HIV/AIDS in the whole world and that is admired by influential people such as U.S. Secretary Hillary Clinton and others. Do you think an exchange of experiences between our countries can help in this fight?

**Mr. Furquan R. Stafford, Sr.** – Absolutely! U.S. Secretary of State Hillary Clinton is a champion for the advancement of humanity! I admire the HIV/AIDS work of her husband, former President Bill Clinton by way of the William J. Clinton Foundation. I think it's time for the African American community to look beyond the entertainment fulfillment that Brazil has to offer and read and study Brazilian history to discover how we face the same struggles for equality. With both countries collaborating its resources, I believe much can be achieved.

**Daniela Gomes** - In the specific case of the Sickle Cell Anemia, there isn't a program for black people here in Brazil because some politicians say if we are a mixed country, some non-black people can have the issue too. Do you believe it's necessary to create a specific program for black people to combat this?

**Mr. Furquan R. Stafford, Sr.** – If you do the research on Sickle Cell Anemia, you'll find that it predominantly affects people of color. Yes, I believe that specific programs and funding should be allocated to fight this disease that affects the people of color in Brazil. Through the years, the Sickle Cell Disease Association of America, Inc. (SCDAA) has provided effective leadership in positioning sickle cell disease and its related problems as a major public health care concern and indeed a universal problem.

**Daniela Gomes** - In your opinion, how can members of various communities help with the programs and processes that will further this particular cause?

Mr. Furquan R. Stafford, Sr. - My mentor/ father figure Rev. Marvin L. Crawford, MD, a professor at Morehouse School of Medicine often ponder that very question. I believe it will take a) organizations in the public and private sectors to continue to work together to educate themselves on the global boycott and its effects and b) more financial assistance from the U.S. Government to address health disparities that affect people of color.

If you are moved by the cause of human plasma research and development for the betterment of black people on a global scale, connect with Mr. Furquan R. Stafford, Sr. and C.P. Plasma Center. In the words of Dr. Martin Luther King, Jr., injustice anywhere is a threat to injustice everywhere. If opportunities to eliminate the pain and suffering associated with certain diseases are present, then its worth our time and energy to do our part to help justice and well-being prevail.



EXHIBIT 62

*"THERE'S LIFE IN THE BLOOD"*

C.P. PLASMA CENTER
www.cpplasmacenter.org

CP-Plasma-Center-Inc          FurquanRStaffordSr          FRS_Sr

Case 1:16-cv-02795-ELR Document 1 Filed 08/01/16 Page 84 of 102

**Vitality**

EXHIBIT 63

# African American Researcher Uses Human Plasma Analysis To Address Issues That Plague The Black Community

**By AKILAH S. RICHARDS**

**INTERVIEW BY:**

**DANIELA GOMES**

*Special Reporter – Brazil*

In Brazil-a country whose black population represents about 50% of all citizens - the National Health System, which guarantees free medical care to all citizens, has joined the Ministry for the Promotion of Racial Equality to create a series of programs designed to improve the health of the country's black population.

Sickle Cell Anemia, a genetically transmitted disease that affects one in every 500 black Brazilians, and HIV/AIDS, are among the diseases the program will work to weaken. Despite Brazil being recognized as having one of the best programs to combat HIV/AIDS worldwide, its black population still is the most adversely affected.

Brazil hopes to make significant strides in the improvement of black people's health, and other countries are already making progress. In the U.S., Furquan: R. Stafford, Sr., owner of CP Plasma Center, is the

**FURQUAN R. STAFFORD, SR.**

first African American male to own a center where blood plasma from healthy donors is collected for manufacturing into medicine. Stafford's goal is to find treatments for diseases that are affecting the black population in particular.

**GOMES:** You've led an interesting life. Tell us how you transitioned from a boy who grew up with social and financial hardships to a successful businessman?

**STAFFORD, SR.:** Books, along with my studies at Georgia State University (GSU) gave me the

opportunity to educate myself for about 10 years. I dropped out of GSU in 1997 but continued to use the campus for support. Seeing people of all nationalities studying inspired me as well. My experiences at New Birth Missionary Baptist Church where I observe and learn from Bishop Eddie L. Long have a lot of influence in my development too. The rejections and discouragement too. The rejections and disappointments that come with walking the pavement, sending letters and emails, making cold phone calls and going to meetings help me shape my presentation to get where it is today.

**GOMES:** How did you choose the health area and more specifically how did you start to work with plasma?

**STAFFORD, SR.:** My mother has been in the healthcare profession for over 25 years, and her life was the catalyst for my direction. In 1994, my first real job at the American Plasma Center in Houston, Texas was where I fell in love with the plasma business and the process of collecting blood plas-

ma. I would come in early and stay late reading manuals, and worked in almost every area of the plasma collection business. As a junior running student, I transferred to GSU in the summer of 1996 and took another job working at a plasma collection center. Eventually, I realized that true stability would come only from owning my own business, so the author of 1997, I set out on my own.

**GOMES:** How specifically can your efforts help black people around the world?

**STAFFORD, SR.:** Sickle cell disease is an inherited blood disorder that affects red blood cells. Intravenous Immune Globulin (IVIG) is a human plasma based product that is currently in clinical trials in the United States. This disease affects people worldwide, and I'm honored to be a part of the research that may make this disease more manageable. The supposition is that IVIG from human plasma will act quickly to reduce uncomplicated acute pain flare-ups and thus pain scores, narcotic use, and length of hospitalization for sickle cell ane-

mia patients. From an inspirational perspective, I hope my efforts in the Plasma Collection industry will inspire people of color around the globe to focus more on Health and Science.

**GOMES:** Tell our readers about your 16-year mission.

**STAFFORD, SR.:** Dr. Charles Richard Drew (1904-1950), the pioneer of Blood Plasma, created the first American Red Cross mobile blood bank and is credited for saving lives through his plasma distribution to the injured soldiers in World War II. Today, African Americans are the number one donors for a multi-billion dollar industry and are not represented in the business sector in this industry. My struggles over the past 16 years have been undertaken with the mission in mind to level the playing field for diversity inclusion. The Plasma Protein Therapeutics Association (PPTA) is the umbrella for the U.S. Plasma Collection industry. It provides valuable regulatory information and beyond, but does

not have involvement with Global Members daily operations. These companies have a chain plasma collection centers in United States, thus eliminating entrepreneurship in this particular area for persons of color. Today, face a Global Boycott. Without plasma contract from the Globe Members of this industry, Ch Plasma Center, Inc. rema stymied.

**DANIELA GOMES:** In your opinion, how can members of various communities help with religious programs and processes that wo further this particular cause?

**STAFFORD, SR.:** I believe will take a) organizations in the public and private sectors to come together b) continue to work together to educate themselves on the global boycott and its effects and b) more financial assistance from the Government to address health disparities that affect people of color.

Visit http://www.applesauceentropy, Facebook/ FurquanRStafford Sr and Twitter FRS Sr for more information.

# STRICTLY BUSINESS
## CONTINUING THE LEGACY OF
## DR. CHARLES R. DREW

There is by now a familiar tradition of careers undertaken by college students across America. However, when one graduates and becomes the first African American to establish a plasma center nuff respect is due. I had a delightful opportunity to meet this distinguished gentleman and find out who he really is and what exactly he's contributing to the American society.

SANDZ: Tell our readers who you are and what you do?

FS: My name is Furquan R. Safford, Sr., and I am the Founder/Chairman/CEO of C.P. Plasma Center, Inc.

SANDZ: Tell us about your education and background in the field of plasma studies.

FS: I graduated from Banleer High School here in Atlanta, Georgia. I then went to McCook Community College for two years. From there I moved on to Texas Southern University for another year, majoring in pre-nursing. I then attended Samyer Community College in Pasadena, Texas with a major in EMT-Paramedic. I worked as an Emergency Medical Technician in Houston for almost two years. In 1996, I worked at Saratec Biologicals. Then I transferred to Georgia State University, back in 1997.

SANDZ: What is the primary goal of C.P. Plasma Center?

FS: Our objective is to explore plasma protein to manufacture and supply high quality remedial treatment that elevate and extend the lives of patients across the world.

SANDZ: From our research we have learned that there is an interesting process of removing whole blood and separating red blood cells from plasma. The red blood cells are then returned to the donor and the plasma is retained for use in preparing medicinal products. Can you elaborate a little more about the procedure?

FS: This process is called Plasmapheresis. It's done with a machine called the Hemonat Collection System, most recent version being the PCS2. It works in conjunction with the PCS1. It was a huge machine but they made it a compact size. During this procedure, a needle is inserted into the vein of the donor and the machine extracts the blood, which in turn is separated from the plasma. The machine then returns the red blood cells to the donor while retaining the plasma.

SANDZ: What are some of the potential hazards of the procedure?

FS: Donating plasma is a very safe procedure because they only use one needle per person and they practice sterilized technique. The plasma is tested for just about every type of disease such as HIV, Hepatitis C, Sexually Transmitted Diseases, etc. The FDA and the



EXHIBIT 64

Plasma Protein Therapeutic Association (PPTA) have done a phenomenal job in adding infrastructure to the quality of rising blood and plasma products.

SANDZ: What health issues and concerns are addressed through plasma research?

FS: People are using plasma to manufacture medical products to treat medical deficiencies. Some people would prefer to use plasma instead of whole blood because of religious beliefs. Also plasma is used to treat people with Hemophelia, a bleeding disorder. It is also used in cardiovascular surgery, pediatric HIV and other medical deficiencies.

Plasma is indeed a very universal product.

SANDZ: Is there a lack of whole blood donations?

FS: Yes, African Americans do not donate whole blood, however we donate plasma because we receive financial rewards. I believe C.P. Plasma Center will encourage African Americans to donate whole blood to help fight the prominent Sickle Cell issue that hits close to home for so many of us.

SANDZ: What, in your opinion, is the most common concern among donors?

FS: Being treated with respect. Over the years, some of the companies have had a negative image of not respecting the donors and using them as commodities. What C.P. Plasma Center wants to do is to educate the donor of the historical background of plasma donation and also provide a quality product that help extend lives across the world.

SANDZ: What can we do to stress the importance of plasma research?

FS: Come and donate plasma with C.P. Plasma Center. We are especially looking for individuals who have a rare type of anti-body in their blood.

SANDZ: For the young people today, what advice would you give to someone targeting such a career?

## FOCUS ON EDUCATION
## AND HAVE FAITH IN
## GOD.

FS: Focus on education and have faith in God. C.P. Plasma is a Kingdom assignment. It is not about C.P. Plasma Center or Furquan Safford. Also, don't allow people to tell you what you can't do, educate yourself.

SANDZ: On a lighter note, tell our readers what kind of music someone in such a serious field listens to.

FS: I listen to a variety of music such as Reggae and some Hip-Hop.

SANDZ: Who is your favorite Reggae artist?

FS: Shabba Ranks

SANDZ: Yes, he's one of the greats. What do you like about Shabba's music?

FS: His unique style, his passion for the music, and his lyrics and beats make a perfect blend. I also adore Bob Marley, I can never forget Bob Marley. That's the legend.

SANDZ: That's the truth right there. Have you been to Jamaica or any of the Caribbean Islands?

FS: No, but I plan on going real soon. I am taking my entire family.

SANDZ: What are your final words of wisdom to our readers?

FS: I want people to know that you can do anything in life. I am also looking forward to enjoying my career and to gain knowledge of companies in the pharmaceutical industry in terms of creating diversity initiatives. I can say this would be the first and only Black owned plasma center in the world. The objective is to pave the way for our children to overcome the hardship of poverty and to take their rightful place in this world of wealth and science. We have always been known as a talented race in athletics and entertainment, but I personally feel that we need to exercise our creative minds as well. So, competing with medicine will cause others to have a greater respect for the Black race.

By Shawn Reynolds
Photography Adam Owens

Visit www.sandzmagazine.com

19 SANDZ APRIL 2004

February 22, 2005     Vol. 72, Issue 18



The Georgia State University

**Signal**

Student Newspaper     gsusignal.com

| Bush to Cut Perkins Loans News, p.5 | Road Still Troubles Women Sports, p.13 | Caffeine High Living, p.9 | House Bill 67 Perspectives, p.2 |

4 | Tuesday, February 22 2005| SIGNAL

## Plasma

from page 1

"Initially, my first job was inside of a plasma center in Houston, Texas. This is where I became intrigued with blood plasma," said Stafford. "I would come in early and stay late reading the various manuals in the center to educate myself about the industry." While employed at the lab, he was promoted to team leader and enrolled at Texas Southern University.

Eventually, he transferred to San Jacinto College, where he obtained his EMT certification. From there, he transferred to Georgia State University and studied for a degree in nursing. During this time, he took on a full-time job, got married and took a heavy course load.

"Georgia State has provided me with the groundwork to prepare me in my endeavor to open my business," Stafford stated. "This university has provided me with the wisdom and knowledge."

Stafford believes that the university has opportunities that are not available anywhere else. "Georgia State has provided the students with resources such as Dell computers, wireless Internet, degree offerings and a variety of activities."

Stafford cites the diversity of the faculty, staff and students in making him well rounded. "At single race colleges, they give you a mindset of how things are built, but it's not like that. It helps you to be diverse and to know different cultures," he added.

Stafford credits the university as a whole for making him into who he is. He considers President Carl Patton as a role model. "I like how he has raised money for the university and expanded the campus over the years. He carries himself well and conducts business in a professional manner," he stated. "I've had several opportunities to meet with Dr. Patton."

According to Stafford, the environment of the university is "on point." "When you are around people who carry themselves in a dignified manner, it rubs off on you," he stated. "Several successful people I know are products of this university." Stafford thinks that the downtown placement of the campus is a major asset for the university. "We are near CNN, Coca-Cola and several prominent corporations," he said.

However, Stafford does express some concerns about the university. He would like to see more black men here and excelling while they are here. "The university currently has a larger number of black women but not enough black men and that tends to change," he said. Currently, Tighter Grip, the African-American male initiative group, is working to enhance the black male experience and presence on campus.

Rasheem McCall, a former SGA and Spotlight member informed Stafford of Charles Drew, the pioneer of the blood plasma industry. "I read a book from University Library that was about the life and work of Dr. Drew. I even contacted and met the author of that book," stated Stafford. "Dr. Drew created the first mobile blood bank in

New York City. He worked and studied so hard."

Stafford believes that Charles Drew is not portrayed in the black community as much as he should be. He also believes that Drew taught blacks to excel in the field of medicine. "The way people feel about Dr. Martin Luther King, Jr. is the way I feel about Dr. Charles Drew. Everyone needs to know about him."

He also pointed out that many scenes depict the death of Charles Drew inaccurately. "Many say that he died as a result of not getting proper medication and treatment for his injuries. With his light complexion, he was often mistaken for a white man," he stated. Dr. Drew died in a car accident after suffering from severe injuries including internal bleeding. "The injuries Dr. Drew obtained in that tragic accident were so severe that literally nothing could be done to save him."

Charles Drew died in 1950. In 2005, Stafford is working to take the legacy of Drew to another level. However, this will not be an easy task.

Many items throughout the course of following his dream, Stafford was homeless and often did not have anything to eat. "There were times when I never knew where my next meal would come from. I have slept inside at the airport, MARTA trains and Georgia State buildings," he stated. "I would groom myself in a restroom here on campus and get back into my studies and work."

Stafford believes that a true man is judged on his legacy and what he leaves behind for his children. He has credited Bishop Eddie L. Long and the Rev. Creflo A. Dollar for providing him with spiritual nourishment to continue his journey. "Pastor Dollar has given our tools of faith. I have been blessed with a mantle from Bishop Long," he adds. The mantle is a practice used to give someone a spirit.

Stafford has taken on constructing his dream into reality as a full-time job, as he has not worked in four years. "You need to be willing to sacrifice everything. Everything comes with sacrifice," he said. "I have never stopped trying, and I will not give up."

Stafford's struggle has yielded some progress.

Last summer, Stafford was able to meet and discuss his business plan with George Andrews, CEO of Capitol City Bank. Stafford says Andrews is a very accessible man with whom one can talk. "I have never seen a person who has access to over 250 million dollars have so much accessibility," Stafford said. "He sees himself in me." Andrews left SunTrust Bank, formerly Trust Company, to start Capitol City Bank.

During the meeting, Stafford and several members of his executive board presented a business plan for the plasma center to Andrews and his staff. According to documents from Stafford, Capitol City is willing to provide up to 85 percent of the funding of the center providing that Stafford come up with 15 percent. The center will be called CP Plasma Center, with CP standing for College Park. Stafford wants the center placed there because that is where he grew up.

The business plan Stafford presented was well received. "I have been told my plan is the best that many have ever read. They can see

my vision and financial projections, which were on target," he stated.

Stafford has been in conversations with the Bayer Corporation about formulating a deal for the center. He was featured in other publications such as *Sandz* magazine and the *Atlanta Daily World*. "I give God credit. I am a young, African-American male doing business with a major corporation," he exclaimed. "I have my letter from Capitol City Bank in regards to financing for my project."

Stafford has come a long way from the halls of Benjamin Banneker High School in College Park and graduating from McCook Community College. "College Park, Ga., and McCook, Neb., were two different worlds. I went from urban territory to rural territory," he said. Despite the fact that he did not participate in commencement exercises at McCook, he looks forward to doing that in the future at Georgia State. "I would like to get an honorary doctorate degree from here," he added.

He also has advice for those who have an "impossible" dream. "I hope people will come to Georgia State, get groomed and get educated to go into



**Special | Signal**
President Carl Patton continues to expand the Georgia State campus and has raised millions for the University.

the world to make a mark that cannot be erased," he stated. "Without Georgia State, I would not been able to establish a foundation." He advocates reading and studying. "I like reading and studying because it gives you an advantage because preparation is better going into a situation. The experience takes you to another level," he added.

Nevertheless, the most important concept to Stafford is "never giving up." "People give up on things very quickly because we tend to want things now," he stated. "When you get your degree, you got to go out there and make it happen."

For more information about CP Plasma Center, check out the website at www.cpplasmacenter.org.

## NEWS

EXHIBIT 65

# Georgia State introduces the next Charles Drew



**Special | Signal**
Furquan Stafford strives to open the first black-owned plasma center.

By DOMINIQUE HUFF
dhuff@gsusignal.com

What would you do to realize your dreams, goals and aspirations? Would you make tough decisions that many might not understand? Are you up for a challenge both mentally and physically? Do you have what it takes?

Meet Furquan Stafford, Sr.

Stafford seeks to become the first African-American male to own and operate a plasma center. A plasma center is where blood plasma from healthy donors is collected for manufacturing into medicine to treat various elements of human health.

See PLASMA | Page 4

New Leadership
Center At
Morehouse
page 3

FREE!!

See
Viewpoints



Furquan Stafford

EXHIBIT 66

Entrepreneur
Struggling To
Open Plasma Facility
For Blacks
page 7

Will Tyson-Lewis
Bout Be
Held In D.C.?
page 11

FREE!!

See
Viewpoints





# Atlanta Daily World

www.atlantadailyworld.com

"News & History Since 1928"

Volume 74 Number 45 Telephone 404-659-1110   Atlanta, Georgia (30303-2503)   Thursday - Wednesday Feb. 28 - Mar. 6, 2002  Price 50 cents

www.atlantadailyworld.com

Atlanta Daily World Thursday - Wednesday Feb. 28 - Mar. 6, 2002 *

EXHIBIT 67

# 2002 Black History Month

# Young Entrepreneur Plans To Open African American Plasma Center

**By MASHAUN D. SIMON**
www.atlantadailyworld.com

At the young age of 29, Furquan R. Stafford has a clear vision of his true purpose.

For eight years, he has worked to get financial backing and a contract to open the first African American owned plasma center in the West End community.

"The majority of plasma donors are African American," said Stafford. "However, they get (only) $15, $20 for their donation, though the companies who sell the plasma receive hundreds and millions of dollars.

"There are no African Americans, or people of color for that matter, benefiting from the industry," Stafford continued.

As senior founder and chairman of C.P. Plasma Center Inc., Stafford hopes to follow in the footsteps of Dr. Charles Drew, who created the model blood and plasma storage still used by the American Red Cross today.

Ironically, Drew himself died because he wasn't admitted to a white-owned hospital for a blood transfusion after being injured in a car accident in 1945.

"Dr. Drew mentored and trained many African Americans to compete in the field of medi-

cine," said Stafford. "That is only a small part of what I want to do. In addition, I want to create more opportunities for African Americans to 'have a piece of the pie.'"

The donation of Blacks make up close to 80 percent of the plasma supply in this country, according to Stafford, who has committed himself to learning all aspects of the plasma industry.

For several years, he worked for a plasma center and conducted internal research.

U.S. companies supply 90 percent of plasma and its products nationwide, but the majority of donors do not reap the benefits said Stafford.

"I want to give back to the community, make jobs, and make competition for the other leaders in the industry. The only obstacle I have in my way is getting stunted," said Stafford who claims he's been denied entrance into the plasma fraternity.

Plasma contracts are issued to European and Asian operations to begin and extend their centers, "but C.P. Plasma Center, Inc. has been denied the opportunity to receive a contract," he said.

To combat the rejections, Stafford has partnered with civil

rights organizations like the Atlanta branch of Rainbow/PUSH and spiritual leaders Creflo Dollar and Bishop



*Dr. Charles Drew (right) a scientific pioneer and creator of blood plasma transfusion, is the inspiration of Furquan Stafford (left) who hopes to build the first Black owned Plasma Center in the West End community.*

Eddie Long. "With all the work that I have placed into this dream of mine, I cannot go on without expressing some gratitude and thanks to those who have supported me while I was receiving nothing but heartache and rejection," he said. These people are

working with me to see through the situations, the work. They are working with me to succeed, stay dedicated, faithful and spiritually based.

"Having the support from these key people has truly helped me," Stafford continued. "I have not

working with me to see through always received the most support for what it is I am trying to do. mainly because many of those people did not understand what it is I am trying to do."

The entrepreneur remains committed to one day opening a center and said he's put in faith in

*Photos Courtesy of Furquan Stafford*

God to make his dream a reality.

"A friend of mine told something recently, that made all of this make sense," said Stafford. "He said, 'God had to have the right person to lead in this endeavor, and he chose the right one.'"



**WASHINGTON BUREAU · NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
1156 15TH STREET, NW SUITE 915 · WASHINGTON, DC 20005 · P (202) 463-2940 · F (202) 463-2953
E-MAIL: WASHINGTONBUREAU@NAACPNET.ORG · WEB ADDRESS WWW.NAACP.ORG

September 1, 2011

**RE: THE C.P. PLASMA CENTER, INC.**

EXHIBIT 68

To Whom It May Concern:

It has come to the attention of the NAACP that currently in the United States there is a lack of racial and ethnic diversity in the ownership and operations of plasma collection centers throughout our Nation. As a matter of facts, we have not been able to identify a single plasma collection center owned and operated by an African American, despite the fact that the percentage of African Americans who donate plasma is unsurpassed by any other racial or ethnic group in our country.

Accordingly, the NAACP hopes that you will give thorough, fair and serious consideration to C.P. Plasma Center, Inc.'s (CPPC) proposal. CPPC is lead by Furquan Stafford, Sr., who has an Associate Degree in Pre-Nursing from McCook Community College in McCook, Nebraska and has also studied Pre-Nursing and Nursing at Texas Southern and Georgia State Universities. Professionally he has worked in the plasma field as a Phlebotomist, Lab Technician, Supervisor, and Asst. Manager at Sera-Tec, Inc. Atlanta, Georgia, and American Plasma Center, Inc. in Houston, Texas.

According to Mr. Stafford, CPPC has attracted qualified financial backing to cover start up as well as operating costs and is ready to begin work immediately. The action plan for CPPC is to develop fully operational collection facility in eighteen months from the time of an executed plasma agreement.

Thank you in advance for any attention you may give to this letter and to Mr. Stafford's request, and if I can be of further assistance in your consideration of Mr. Stafford's proposal please call me at (202) 463-2940.

Sincerely,

Hilary O. Shelton
Director, NAACP Washington Bureau &
    Senior Vice President for Advocacy and Policy

# Charles R. Drew Charter School

301 East Lake Boulevard · Atlanta, GA 30317 · Phone 404.687.0001 · Fax: 404.687.0480

January 8, 2003

Mr. Furquan Stafford
Founder, Chairman, & CEO
C.P. Plasma Center, Inc.
2755 Ocean Valley Drive
College Park, GA 30349

Dear Mr. Stafford:

Thank you for serving on the Board of Friends for Charles R. Drew Charter School. As you are aware, the role of members of the Board of Friends is to advocate for the school in the community and to provide input from individuals who are keenly interested in helping to integrate an innovative school into the life of the community.

We are excited about making the mission of the Board of Friends come alive through the pursuit of a relationship with you and C.P. Plasma Center. Through such a relationship the students of Charles R. Drew Charter School would be inspired as they see you, an entrepreneur and role model, be the first African-American to own and operate a plasma center. In addition, the students would be able to learn more about the person for whom our school is named and how his contributions have positively impacted society.

You are in inspiration to our students. We look forward to continuing to work together for their benefit.

Sincerely,

Karen M. Eldridge
Principal

# MOREHOUSE SCHOOL OF MEDICINE

*Department of Medicine*

EXHIBIT 70

January 21, 2003

Mr. Furquan Stafford
Founder, Chairman & CEO
C.P. Plasma Center, Inc.
5805 State Bridge Rd.
Suite G-123
Duluth, GA 30097

Dear Mr. Stafford:

It has been a very educational experience learning about the plasma industry. Since meeting you in October 2001, I admired your persistence and, therefore, pledge my support.

I am strongly convinced that your entrepreneurial endeavors will solidify into a strong plasma center. It will serve also as a post-modern example of an institution that can employ a large group of persons and encourage young entrepreneurs with minimum resources to pursue their goals.

From a health stance, your plasma center will help to fill the plasma need for research and patient care.

Thank you for allowing me to serve with you.

Yours in progress,

Marvin L. Crawford, M.D., M.Div., ACP, ACME
Assistant Professor of General Internal Medicine


720 Westview Drive, S.W. Atlanta, Georgia 30310-1495 Telephone: (404) 756-1320 Fax: (404) 756-1328

**JOHN LEWIS**
5TH DISTRICT, GEORGIA

SENIOR CHIEF DEPUTY DEMOCRATIC WHIP

COMMITTEE:
**WAYS AND MEANS**

SUBCOMMITTEE:
HEALTH

COMMITTEE:
BUDGET



**WASHINGTON OFFICE:**
343 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-1005
(202) 225-3801
FAX: (202) 225-0351

**DISTRICT OFFICE:**
THE EQUITABLE BUILDING
100 PEACHTREE STREET, N.W.
SUITE # 1920
ATLANTA, GA 30303
(404) 659-0116
FAX: (404) 331-0947

# Congress of the United States
## House of Representatives
## Washington, DC 20515-1005

February 19, 2004

Mr. Furquan Stafford
C.P. Plasma Center
2943 Landrum Drive, Suite 1
Atlanta, Georgia 30311

Dear Mr. Stafford:

I write to express my support for your efforts through C.P. Plasma Center to increase minority participation in the field of blood and plasma products.

Your persistence and perseverance in this work is to be commended. I appreciate all that you are doing to encourage African-Americans to not only donate blood plasma, but also to contribute whole blood in the effort to address sickle cell anemia. Educating people about the importance of plasma and blood donations and encouraging their participation will benefit our health care system.

I again commend you for your work and offer my support for your effort to make the C.P. Plasma Center an active and vibrant participant in the plasma industry.

Sincerely,

John Lewis
Member of Congress

JL: gd



# GEORGIA DEPARTMENT OF LABOR

148 ANDREW YOUNG INTERNATIONAL BLVD., N. E.
ATLANTA, GEORGIA 30303-1751

MICHAEL L. THURMOND
COMMISSIONER

EXHIBIT 72

November 9, 2004

To Whom It May Concern:

It is with great enthusiasm that I write this letter of support for Mr. Furquan R. Stafford and the C. P. Plasma Center, Inc. (CPPC).

Mr. Stafford is an individual with the intelligence and drive to make his unique idea a success. He has attracted industry and community leaders to unanimously support his concept involving saving lives with blood plasma.

Mr. Stafford's dream has been to operate a fully licensed (FDA) facility which will employ a large group of people and encourage others to realize their dreams. As Commissioner of the Georgia Department of Labor, I encourage and support any solid business plan which will aid in the employment of Georgia citizens, and help to enhance the lives of all Georgians.

I support Mr. Stafford in his endeavors and look forward to seeing the C.P. Plasma Center become a reality.

Sincerely,

Michael L. Thurmond

# Charles R. Drew Charter School

301 East Lake Boulevard • Atlanta, GA 30317 • Phone 404.687.0001 • Fax: 404.687.0480

March 16, 2006

EXHIBIT 73

To Whom It May Concern:

I had the pleasure of inviting Mr. Furquan R. Stafford, Sr. to our school. Mr. Stafford conducted assembly programs for our students in middle and elementary academies. His presentation focused on the importance of a good quality education in producing prosperous citizens.

Our students and staff were inspired by his presentation. Mr. Stafford will be a life long partner with Charles R. Drew Charter School.

I recommend him to your school to motivate our young citizens.

Sincerely,

Nicholas Stapleton, Ed.D.
Principal



# CITY OF COLLEGE PARK

P. O. BOX 87137 • COLLEGE PARK, GA. 30337 • 404/767-1537

June 24, 2008

EXHIBIT 74

Dear Furquan R. Stafford, Sr.:

Thank you for updating our office on the progress you are making toward breaking ground on College Park Plasma Center, Inc. (CPPC). I can tell the excitement is growing.

One of the major initiatives of our City Council over the last ten years has been the revitalization district of our downtown area dedicated to the health care industry. It is important for any municipality to have quality health care if they have any desire at all to serve their citizens and prepare for significant growth.

College Park Plasma Center will be a vital component to that health care program. We view it as a gateway for important demographics of our community to access health care. We know you have a deep desire to not only build a profitable and significant business, but to also serve those who may tend to fall through the cracks of our society.

To that end, we are prepared to assist you in any way possible with the limitations that accompany a government entity.

Please keep us apprised of any significant changes or milestones as you pursue this valuable venture. We are looking forward to the day when College Park Plasma Center, Inc. will cut the ribbon to open the doors for another important business partner for the City of College Park.

Sincerely,

James W. Smith
Interim City Manager



August 10, 2006

EXHIBIT 75

**To:** Octapharma AG
Headquarters SWITZERLAND
Seidenstraße 2
CH-8853 Lachen
Switzerland

**From:** Birdel F. Jackson, III, P.E.
President, B&E Jackson & Associates Inc

## RE: Mr. Furguan Stafford, College Park Plasma Center

To Whom It May Concern:

I have known Mr. Stafford for more than 8 years and have found him to be above average
in character and integrity. I have mentored him throughout this period and watched his
growth.

He has diligently pursued his dream to establish a plasma center in the Atlanta metro area.
He has trained and secured the necessary USDA certifications to process plasma in
fulfilling this dream.

I have attended his professionally prepared presentations to bankers and municipal
development authorities and found him to be extremely knowledgeable on the subject.

Mr. Stafford is a person in whom you can place your trust with your investment.

Respectfully,

Birdel F. Jackson, III, P.E.
President/CEO

The Extra Mile Company



### CITY OF ATLANTA

**SHIRLEY FRANKLIN**
MAYOR

55 TRINITY AVENUE, S.W
ATLANTA, GEORGIA 30335-0300
TEL (404) 330-6100

December 11, 2002

Dear Mr. Stafford:

I enjoyed the opportunity to meet with you on Mayor's Night In. I congratulate you on your entrepreneurial spirit and feel confident that, with your credentials and experience, you will be successful in your endeavors.

I was particularly interested to learn that you would be one of the first African Americans to own and operate a plasma center. Your decision to select Atlanta to start your business was an excellent one.

Based on the information you shared, I can see you are very accomplished, and I am sure you will continue to succeed. Best Wishes.

Sincerely,

Shirley Franklin

corrected original

EXHIBIT 77

**MINUTES**
**COLLEGE PARK BUSINESS & INDUSTRIAL DEVELOPMENT AUTHORITY**
**GEORGIA INTERNATIONAL CONVENTION CENTER**
**JUNE 9, 2005**

Present:    Chairman, Jeff Green; Vice Chairman, Walt Bellamy; Mayor Jack P.
            Longino; Secretary, Jane Randolph; Councilwoman Jones; Members Jim
            Gable and April Wyatt.

Staff:      Development Director, Roderick Gilbert; Economic Development
            Specialist, Allan Lane; GICC Director, Hugh Austin; BIDA Attorney,
            Stephanie Jones.

Guests:     Furquan R. Stafford, Founder, Chairman & CEO of C.P. Plasma Center,
            Inc.

Absent:     Power Director Jim Smith, Attorney Joe Harris, Scott Ronning with ABG
            Development.

1.    Chairman Jeff Green called the meeting to Order at 6:30 p.m.

2.    Additions, Deletions, Amendments, or Changes to the Agenda.

**ACTION:**     Mayor Longino moved to delete Items 6, 8b, and 9b from the agenda,
                seconded by Secretary Jane Randolph and motion carried.

3.    Approval of May 12, 2005 meeting minutes.

      a.    **Corrections to the minutes.**
            **Minutes have been revised to reflect corrections.**

      Councilwoman Jones stated on Page 1, line 21 – should read Chairman Jeff Green
      called  meeting to order.

4.    Announcements.

      Mayor Longino stated that the new City Manager will be here July 11, 2005.  His
      name is William Johnson.  Mr. Johnson is from Virginia.

5.    GICC update – Hugh Austin, GICC Director.

      Mr. Austin came forward and discussed the meeting menu, passed out the
      monthly recap report, and talked about the A+ Newsletter.
      Mr. Austin gave an update on Administration, Accounting, and Marketing.
      Please see Mr. Austin's report for further details.

corrected original

EXHIBIT 78

93      time be done by a dedication of the property to the City of College Park as a
94      public right-of-way, rather than a deed or easement in favor of the Jordan Family
95      property, as was done last year.
96
97      Dedication of property for a municipal street is a two-step process under Georgia
98      law; first, the property owner must dedicate the property to the City by quitclaim
99      deed, easement, etc.; and second, before actually opening the right-of-way, the
100     Mayor and City Council must vote to accept the dedication.  The first step is all
101     that is needed at this point, and can be done by BIDA as the property owner.
102
103     Attorney Stephanie Jones recommended a motion to give the public right-of-
104     way to the City of College Park, and then Mayor & Council will have to vote on
105     it.
106
107     Mayor Longino asked Attorney Jones, does BIDA owns that property at this time,
108     or is that in the Master Land Contract?
109
110     Attorney Jones stated that the land is owned by BIDA, but is subject to the
111     Master Land Contract.
112
113     Mayor Longino asked Attorney Jones, if BIDA does not buy it and gives it back,
114     BIDA would have to take that piece of property down, would we not?
115
116     Attorney Stephanie Jones stated that that is an issue, but Attorney Harris made
117     some phone calls, and that is not an issue with BIDA.
118
119     Chairman Jeff Green asked Attorney Jones if conditions can be attached
120     providing condition upon receiving a Master Plan ~~Land Contract~~ from Mr. Jordan.
121
122     Attorney Stephanie Jones stated that the BIDA board can make a decision today
123     and make a part of the motion.
124
125  **ACTION:**   Vice Chairman Walt Bellamy moved that the BIDA Board will deed the
126               rights of the property to the City of College Park, and that Mr. Jordan
127               provides a Master Plan ~~Land Contract~~ before any development takes
128               place, seconded by Secretary Jane Randolph and motion carried.
129
130  8.  New Business:
131
132      a.   Presentation from C.P. Plasma Center, Inc.– Furquan R. Stafford,
133           Founder, Chairman & CEO.
134
135     Mr. Gilbert introduced Mr. Stafford for the presentation of C.P. Plasma Center.
136     Mr. Stafford, Founder, Chairman & CEO of C.P. Plasma Center came forward
137     and stated that all BIDA Board members are invited to keep a copy of the written
138     presentation, after signing a non disclosure agreement.

corrected minutes

EXHIBIT 79

1    **MINUTES**
2    **COLLEGE PARK BUSINESS & INDUSTRIAL DEVELOPMENT AUTHORITY**
3    **GEORGIA INTERNATIONAL CONVENTION CENTER**
4    **SEPTEMBER 8, 2005**
5

6    Present:      Chairman, Jeff Green; Vice Chairman, Walt Bellamy; Mayor Jack P.
7                  Longino; Councilwoman Cynthia Jones; City Manager, William Johnson,
8                  III; Secretary, Jane Randolph; Members Jim Gable and April Wyatt.
9

10   Staff:        Development Director, Roderick Gilbert; Economic Development
11                 Specialist, Allan Lane; GICC Director, Hugh Austin; BIDA Attorneys Joe
12                 Harris and Stephanie Jones.
13

14   Guests:       Andy Shipp, ~~Eagle's~~ Helix Group and James Thomas.*
15

16   Absent:       Power Director Jim Smith.
17

18   1.    Chairman Jeff Green called the meeting to order at 6:30 p.m.
19

20   2.    Additions, Deletions, Amendments, or Changes to the Agenda.
21

22         Chairman Jeff Green moved to add Andy Shipp under Old Business and
23         Manchester Pointe after Development Update.
24

25   **ACTION:**    Ms. Randolph moved to add to the agenda Andy Shipp under Old
26                  Business and Manchester Pointe after Development Update, seconded by
27                  Councilwoman Jones and motion carried.
28

29   3.    Approval of August 11, 2005 meeting minutes.
30

31         a.    **Correction to the minutes.**
32               **Minutes have been revised to reflect corrections.**
33

34         Secretary Jane Randolph stated on Page 5, line 214 – delete "there was to be".
35

36         Secretary Jane Randolph stated on Page 5, line 229 -  helpful to add guests'
37         names.
38

39         Chairman Jeff Green stated on Page 1, line 14; Page 4, lines 139 and 155;
40         Page 5, line 198 – change Eagle's Group to Helix Group.
41

42         Chairman Jeff Green stated on Page 3, line 118 and Page 5, line 197 -  more
43         precise to say "Letter of Intent" development in the Action Items.
44
45

corrected minutes

| | | |
|---|---|---|
| 46 | **ACTION:** | Secretary Jane Randolph moved to approve minutes with corrections, |
| 47 | | seconded by Councilwoman Jones and motion carried. |

48
49   4.   Announcements.  None.            EXHIBIT 80

50
51   5.   GICC update – Hugh Austin, GICC Director.

52
53        Mr. Austin came forward and said there is an example of Director of
54        Marketing fees he sent out.  It was sent out to 250 special event planners in the
55        Atlanta Metro area.  There are 20 events booked out of the 250.

56
57        Mr. Austin also gave an update on Administration, Accounting, Sales, Marketing,
58        Parking Operations, Proof of the Pudding, Building Services, Information
59        Systems, and Operations.

60
61   6.   Public Safety update – Jim Smith, Power Director.  ~~check~~

62
63        City Manager William Johnson stated there have been problems in the bidding
64        process.  The re-bids went out at 4:00 today.  Hopefully, this will not delay the
65        opening ceremony for the Public Safety Complex.  BIDA   will be informed of
66        any and all changes.

67
68   7.   Development updates – Roderick Gilbert, Development Director

69
70   8.                              Allan Lane, Economic Development Specialist.

71
72   9.   Old Business:

73
74        a.    Discussion about the Appraisal for C.P. Plasma Center – Furquan Stafford

75
76        Mr. Gilbert stated each board member received a copy of the appraisal in a past
77        meeting.  Attached is a copy of the letter showing the fair market value price at
78        $500,000.00.  Attorney Harris has reviewed the appraisal.

79
80        Mr. Gilbert's recommendation is for the BIDA Board to sell the property at fair
81        market value and also allow Attorney Harris to move forward with the letter of
82        intent.

83
84        Councilwoman Jones asked Mr. Gilbert, if BIDA approved the sale, would BIDA
85        have any rights to the time frame in which the project will move forward?

86
87        Mr. Gilbert stated that if Mr. Stafford did not proceed with the project within 18
88        months, BIDA would have the right to purchase the property back, and that
89        language would be included in the letter of intent.

90

Case 1:16-cv-02795-ELR Document 1 Filed 08/01/16 Page 102 of 102

corrected minutes

EXHIBIT 81

91      Ms. Randolph asked if she is correct or incorrect in assuming that the purchase is
92      subject to the financials being made.
93
94      **ACTION:**      Councilwoman Jones moved to approve the sale of property to Furquan
95              Stafford for the C.P. Plasma Center in the amount of $500,000.00, with
96              the letter of intent time certain of 60 days, and stipulations made by
97              Council, seconded by Member April Wyatt and motion carried.
98
99      Chairman Jeff Green stated his concern of desperate people selling blood.
100
101     Mr. Gilbert said he has a copy of the security plan and the donor manual available
102     for the board members interested.
103
104     Chairman Jeff Green asked Mr. Stafford to show where a plasma center has
105     been an asset to any other community, and how that impacts pride of community,
106     economic development, and the like.
107
108     Mr. Stafford explained the contributions of the plasma center for the community.
109
110     Mayor Longino asked Mr. Stafford about the status of his clients.
111
112     Mrs. Stafford explained the different marketing strategies that will make up the
113     clientele.
114
115     Ms. Randolph asked Mr. Stafford if the BIDA Board can go and see a plasma
116     center in operation that is similar to the one being proposed.
117
118     Mr. Stafford said the nearest plasma centers are in Savannah and Macon, Georgia.
119
120     Councilwoman Jones asked Mr. Stafford to get with Mr. Gilbert and make
121     arrangements for those members who would like to tour the Savannah or Macon
122     plasma center.
123
124     Chairman Jeff Green asked Mr. Stafford to give him economic development
125     information on the proposed plasma center and other plasma centers in operation.
126
127     b.      Approval of the Revision to the By-Laws – Stephanie Jones
128
129     Attorney Stephanie Jones stated the final draft of the Bylaws are done. There are
130     a few amendments in the memorandum. The first change is that each board
131     member will receive notice three days before a special called meeting. The other
132     change is number 7, to add resolutions to the list of official documents that needs
133     to be maintained by the BIDA Secretary.
134
135     Attorney Stephanie Jones recommended the BIDA Board ratify the bylaws.
136

BIDA Meeting 09/08/05                    Page 3 of 7